UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:

HERBERT WYDOM,

Plaintiff,

v.

TOWN OF WAREHAM CONSERVATION
COMMISSION,

Defendant

**05 11312 EFH**

MAGISTRATE JUDGE MBD

RECEIPT # 65148
AMOUNT $250
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK
DATE 6/22/05

## DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE COURT

Pursuant to 28 U.S.C. §1441(b) and 1446, the Defendant, Town of Wareham

Conservation Commission (hereinafter "Defendant") petitions for removal of this action

to the United States District Court for the District of Massachusetts. As grounds

therefore, the Defendant state as follows:

1.  On or about May 16, 2005, the Plaintiff filed this suit in the Plymouth
    Superior Court, Civil Action No. PLCV2005-00570B.

2.  On May 26, 2005, the Plaintiff's complaint was served upon the
    Defendant. Attached as Exhibit A is a copy of the Plaintiff's complaint
    and summons which were served upon the Defendant.

3.  In the Complaint, the Plaintiff alleges a "violation of the Plaintiff's rights
    to due process of law as guaranteed by the Fourteenth Amendment to the
    U.S. Constitution and the Massachusetts Declaration of Rights."

4.   Because this matter is an action arising under federal law of which this

     Court has original jurisdiction, as authorized by 28 U.S.C. §1331, it is

     subject to removal under 28 U.S.C. §1441(b).

5.   This Notice of Removal is being filed within the time period required by

     law, 28 U.S.C. §1446(b).

                         Respectfully submitted,
                         The Defendant,
                         Town of Wareham Conservation Commission,
                         By its attorneys,


                         Leonard H. Kesten, BBO# 542042
                         Deborah I. Ecker, BBO# 554623
                         BRODY, HARDOON, PERKINS & KESTEN, LLP
                         One Exeter Plaza
                         Boston, MA 02116
                         (617) 880-7100

Dated: June 22, 2005

06/20/05  16:08 FAX 6176541735          KOPELMAN AND PAIGE PC                    ☑004/036

COMMONWEALTH OF MASSACHUSETTS

˹ PLYMOUTH, ss.

SUPERIOR COURT DEPARTMENT OF THE
TRIAL COURT OF THE COMMONWEALTH
CIVIL ACTION NO. *PLCV 2005 -00570*

Herbert Wydom............., Plaintiff(s)

vs.

Town of Wareham............., Defendant(s)
Conservation  Commission          SUMMONS

To the above-named defendant: *Town of Wareham Conservation Commission*

You are hereby summoned and required to serve upon *Margaret A. Ishie* plaintiff's
attorney, whose address is *26 Church St., Mattapoisett MA 02739* an answer to the complaint
which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day
of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the
complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at
Plymouth either before service upon plaintiff  ˒ attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff      which arises out of the transaction or occurrence that is the subject
matter of the plaintiff   claim or you will thereafter be barred from making such claim in any other action.
                    BARBARA  ROUSE
Witness, ~~SUZANNE V. DELVECCHIO~~ Esquire. at Plymouth the .......*15th*........................day of
..........*May*........................, in the year of our Lord Two thousand and *five* .

                                                    *Frank R. Powers*
                                                        CLERK

NOTES
1.   This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.   When more than one defendant is involved, the names of all defendants should appear in the caption.
     If a separate summons is used for each defendant, each should be addressed to the particular
     defendant.
3.   To the plaintiff's attorney: please circle type of action involved--Tort--Motor Vehicle Tort--Contract--
     Equitable Relief--Other.
                    PROOF OF SERVICE OF PROCESS
I hereby certify and return that on ..................................., ~~2002~~, I served a copy of the within summons
together with a copy of the complaint in this action, upon the within-named defendant      , in the
following manner (See Mass. R. Civ. P. 4(d)(1-5)):..............................................................................................
..............................................................................................................................................................................
..............................................................................................................................................................................
                              *2005*
Dated:            , ~~200~~ ..................................................................................................

N.B.     TO PROCESS SERVER:-
         PLEASE PLACE DATE YOU MAKE SERVICE  ON DEFENDANT IN THIS BOX ON THE ORIGINAL
AND ON COPY SERVED ON DEFENDANT.

                              ┌─────────────────────────────────┐
                              │  *MAY*      *26 , 2005*          │
                              └─────────────────────────────────┘

attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office at Plymouth.

# COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH DIVISION                    SUPERIOR COURT DEPT.
                                     DOCKET NO. PLCV 2005-00570

HERBERT WYDOM, Plaintiff vs. TOWN OF WAREHAM CONSERVATION
COMMISSION, Defendant

## COMPLAINT AND JURY DEMAND

1.      The Plaintiff is Herbert H. Wydom of 95 Crosby Road, Marlborough,

Massachusetts (hereinafter referred to as "Wydom").

2.      The Defendant is the Town of Wareham Conservation Commission, with an

address of 54 Marion Rd., Wareham, Plymouth County, Massachusetts 02571

(hereinafter referred to as the "Wareham Conservation Commission").   The Town of

Wareham Conservation Commission is an entity subject to suit under a common name

for purposes of this case.

3.      Wydom is the owner of property located at 85 Edgewater Drive, Wareham,

Plymouth County, Massachusetts on which a house and detached shed are located.   The

house has been in existence since at least 1972. The area of the land on which these   .

buildings are located is 62,161 square feet ±.

4.      On or about March 2005, Wydom filed, through his engineer, a Notice of Intent

with the Wareham Conservation Commission pursuant to the Massachusetts Wetlands

Protection Act (G.L. c. 131:40) which was also considered by the Wareham Conservation

Commission to be a filing under the Town of Wareham By-Law, Division VI, Wareham

Wetland Protective By-Law.   A copy of the Notice of Intent is attached as Exhibit "A" to

this Complaint.   A copy of the plan entitled "Plan to Accompany a Notice of Intent"

prepared for Herbert H. Wydom, Jr. is attached as Exhibit "B" to this Complaint.

1

5.    In the Notice of Intent, Wydom sought an order from the Wareham Conservation

Commission for the construction of a two car garage with open storage on the second

level and associated grading and driveway.

6.    The Notice of Intent stated that the proposed project is located within resource

areas identified as "Coastal Bank" and "Land Subject to Coastal Storm Flowage".  The

project was proposed to alter 50 linear feet of Coastal Bank and 1,850 square feet of Land

Subject to Coastal Storm Flowage.

7.    The hearings before the Wareham Conservation Commission on the Notice of

Intent took place on March 16, 2005, April 6, 2005 and April 20, 2005.

8.    On or about April 27, 2005, the Wareham Conservation Commission issued an

Order of Conditions denying the project under the Wareham Wetland Protective By-Law

and the Massachusetts Wetlands Protection Act.  A copy of the Order of Conditions

dated April 27, 2005 is attached as Exhibit "C" to this Complaint.

9.    The grounds for the denial under the Wareham Wetland Protective By-Law were

stated in the Order of Conditions as follows:

"The project is also denied under the Wareham Wetland Protective By-law, Division VI,
as the project is likely to have a cumulative effect upon the resource area values protected
under this By-Law listed in Section (I.), including flood control, erosion and
sedimentation control, and storm damage prevention including coastal storm flowage,
caused by construction of the proposed project within a Coastal Bank."

10.    At the hearing and in the plan and Notice of Intent, Wydom through his engineer

presented evidence to show that the coastal bank is stable, well vegetated and very gently

sloped at the site of the proposed garage.

11.    At the hearing Wydom through his engineer presented evidence to show that

proposed construction and finished project would not adversely affect the function of the

2

coastal bank with relation to flood control, erosion and sedimentation control and storm

damage prevention including coastal storm flowage.    The proposed construction and

finished project would not cause unacceptable significant or cumulative effects upon the

resource area values protected by the Wareham Wetland Protective By-Law.

12.    Wydom has met the requirements of the Wareham Wetland Protective By-Law.

13.    The Wareham Wetland Protective By-Law states that:

"The Commission is empowered to deny a permit for failure to meet the requirements of
this bylaw; for failure to submit necessary information and plans requested by the
Commission; for failure to meet the design specifications, performance standards; for
failure to avoid or prevent unacceptable significant or cumulative effects upon the
resource area values protected by this bylaw; and where no conditions are adequate to
protect those values."

14.    The Wareham Conservation Commission did not use the standard in the Wareham

Wetland Protective By-Law cited in Paragraph 13 of this Complaint to determine whether

to deny the project. The Wareham Conservation Commission makes no mention in the

Order of Conditions of this standard or any of the grounds upon which they are

empowered to deny a permit.

15.    There are no design specifications or performance standards in the Wareham

Wetland Protect By-Law which would permit an applicant to determine how a project

could be designed to avoid or prevent unacceptable significant or cumulative effects upon

the resource area values protected by the by-law.

COUNT ONE

16.    The Plaintiff re-alleges paragraphs 1 through 15 as if fully set forth.

17.    This count is brought in the nature of a complaint for certiorari pursuant to the

common law, G.L. c. 249:4 and the Wareham Wetland Protection By-Law.

3

18.    The Order of Conditions issued by the Wareham Conservation Commission denying the project was not supported by substantial evidence and was arbitrary and capricious.

19.    There were substantial errors of law apparent on the record of the Wareham Conservation Commission on Wydom's Notice of Intent and said errors adversely affected Wydom's material rights.

Wherefore, the Plaintiff demands that the court:

(a)    enter a judgment reversing the decision of the Wareham Conservation Commission which denied the Plaintiff's proposed project and enter a judgment allowing the proposed project; and

(b)    enter such further order as the court deems just and proper.

COUNT TWO

20.    The Plaintiff re-alleges paragraphs 1 through 19 as if fully set forth.

21.    This count is brought seeking a declaratory judgment pursuant to G.L. c. 231A.

22.    The lack of design specifications and performance standards in the Wareham Protective By-Law render the by-law void for vagueness in violation of the Plaintiff's rights to due process of law as guaranteed by the Fourteenth Amendment to the U.S. Constitution and the Massachusetts Declaration of Rights.

23.    The lack of design specifications and performance standards in the Wareham Protective By-Law render the by-law highly susceptible to arbitrary and unequal application of the by-law in violation of the Plaintiff's rights to equal protection of the law as guaranteed by the Fourteenth Amendment to the U.S. Constitution and the Massachusetts Declaration of Rights.

4

24.    A controversy exists between parties concerning the Wareham Protective By-Law and their application to the Plaintiff's property.

Wherefore, the Plaintiff demands that the court enter a judgment:

(a)    declaring that the Wareham Protective By-Law is void for vagueness in violation of the Plaintiff's rights to due process of law as guaranteed by the Fourteenth Amendment to the U.S. Constitution and the Massachusetts Declaration of Rights;

(b)    declaring that the Wareham Protective By-Law violates the Plaintiff's rights to equal protection of law as guaranteed by the Fourteenth Amendment to the U.S. Constitution and the Massachusetts Declaration of Rights;

(c)    establishing the rights and duties of the parties; and

(d)    for such further relief as the court deems just and proper.

JURY DEMAND

The Plaintiff demands a trial by jury on all triable issues and as to those issues not triable as of right to a jury, the Plaintiff requests pursuant to M.R.Civ.P. 39 that the court frame jury issues.

PLAINTIFF
HERBERT WYDOM
By his Attorney,

Margaret A. Ishihara, BBO #247930
Law Office of Margaret A. Ishihara
86 Church St.
Mattapoisett, MA. 02739
Telephone: (508) 758-6981
Date: 16 May 2005

5

06/20/05  16:09 FAX 6176541735          KOPELMAN AND PAIGE PC                    ☑010/036



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection – Wetlands
# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Provided by DEP:

DEP File Number

Document Transaction Number

Wareham
City/Town

## A. General Information

1. Project Location (Note: electronic filers will click on button for GIS locator):

   85 Edgewater Drive
   a. Street Address

   Wareham
   b. City/Town

   02571
   c. Zip Code

   Latitude and Longitude:

   N 41° 44.4'
   d. Latitude

   W 70° 42.3'
   e. Longitude

   Assessors Map 35
   f. Assessors Map/Plat Number

   Lots 6 and 7
   g. Parcel /Lot Number

**Important:**
When filling out forms on the computer, use only the tab key to move your cursor – do not use the return key.

2. Applicant:

   Herbert H.
   a. First Name

   Wydom
   b. Last Name

   c. Company

   95 Crosby Road
   d. Mailing Address

   Marlborough
   e. City/Town

   MA
   f. State

   01752
   g. Zip Code

   508-485-1612
   h. Phone Number

   i. Fax Number

   j. Email address

3. Property owner (if different from applicant):          ☐ Check if more than one owner

   Same as applicant
   a. First Name

   b. Last Name

   c. Company

   d. Mailing Address

   e. City/Town

   f. State

   g. Zip Code

   h. Phone Number

   i. Fax Number

   j. Email address

**Note:**
Before completing this form consult your local Conservation Commission regarding any municipal bylaw or ordinance.

4. Representative (if any):

   Charles L. Rowley & Associates
   a. Firm

   Charles L.
   b. Contact Person First Name

   Rowley
   c. Contact Person Last Name

   2229 Cranberry Highway, PO Box 9
   d. Mailing Address

   West Wareham
   e. City/Town

   MA
   f. State

   02576
   g. Zip Code

   508-295-0545
   h. Phone Number

   508-295-1192
   i. Fax Number

   crsr060863@aol.com
   j. Email address

☐ Select if you want to see Wetland Fee Transmittal Form.

5. Total WPA Fee Paid (from NOI Wetland Fee Transmittal Form):

   $110.00
   a. Total Fee Paid

   $ 42.50
   b. State Fee Paid

   $ 67.50
   c. City/Town Fee Paid

6. General Project Description:

   Construction of two car garage with open storage on second level, associated grading and driveway for single family lot.

wpaform3.doc • rev. 3/1/05

**Exhibit**

*A*

Page 1 of



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Wareham
City/Town

## A. General Information (continued)

7.  Project Type Checklist:

    a.  ☒  Single Family Home

    b.  ☐  Residential Subdivision

    c.  ☐  Limited Project Driveway Crossing

    d.  ☐  Commercial/Industrial

    e.  ☐  Dock/Pier

    f.  ☐  Utilities

    g.  ☐  Coastal Engineering Structure

    h.  ☐  Agriculture – cranberries, forestry

    i.  ☐  Transportation

    j.  ☐  Other

8.  Property recorded at the Registry of Deeds for:

| Plymouth | 279 |
|---|---|
| a. County | c. Page Number |
| 3690 | |
| b. Book | d. Certificate # (if registered land) |

9.  Buffer Zone Only

    Is the project located only in the Buffer Zone of a bordering vegetated wetland, inland bank, or coastal resource area?

    a. ☐  Yes       If yes, please answer Question 10 below, then skip to Section C.

    b. ☒  No        If no, check the resource areas to be affected by this project in Section B.

10. Has work been performed on the property under an Order of Resource Area Delineation involving Simplified Review within 3 years of the date of this application?

    a. ☒  No

    b. ☐  Yes

    If yes, no Notice of Intent or Request for Determination of Applicability may be filed for work within the 50-foot-wide area in the Buffer Zone along the resource area during the three-year term of an Order of Resource Area Delineation, or any Extended Order, or until the applicant receives a Certificate of Compliance, whichever is later.

06/20/05   16:09 FAX 6176541735          KOPELMAN AND PAIGE PC                    ☑012/036



## Massachusetts Department of Environmental Protection
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Wareham
City/Town.

## B. Resource Area Effects

### Buffer Zone Setback

If the project involves only work in the buffer zone, the distance between
closest project disturbance and the ☐ BVW ☐ inland bank ☐ coastal
resource area (check one) associated with the buffer zone is:

linear feet

### Inland Resource Areas

Check all that apply below. Attach narrative and any supporting documentation describing how the
project will meet all performance standards for each of the resource areas altered, including
standards requiring consideration of alternative project design or location.

**Online Users:** include your document transaction number (provided on your receipt page) with all supplementary information you submit to the Department.

| Resource Area | Size of Proposed Alteration | Proposed Replacement (if any) |
|---|---|---|
| a. ☐ Bank | 1. linear feet | 2. linear feet |
| b. ☐ Bordering Vegetated Wetland | 1. square feet | 2. square feet |
| c. ☐ Land Under Waterbodies and Waterways | 1. square feet | 2. square feet |
| | 3. cubic yards dredged | |
| d. ☐ Bordering Land Subject to Flooding | 1. square feet | 2. square feet |
| | 3. cubic feet of flood storage lost | 4. cubic feet of flood storage replaced |
| e. ☐ Isolated Land Subject to Flooding | 1. square feet | |
| | 2. cubic feet of flood storage lost | 3. cubic feet of flood storage replaced |
| f. ☐ Riverfront area | Name of Waterway (if available) | |

1. Width of Riverfront Area (check one):

   ☐ 25 ft. - Designated Densely Developed Areas only

   ☐ 100 ft. - New agricultural projects only

   ☐ 200 ft. - All other projects

2. Total area of Riverfront Area on the site of the proposed project:

Square Feet

3. Proposed alteration of the Riverfront Area:

| a. Total Square Feet | b. Square Feet within 100 ft. | c. Square Feet between 100 ft. and 200 . |
|---|---|---|

4. Has an alternatives analysis been done and is it attached to this NOI?     ☐ Yes ☐ No

5. Was the lot where the activity is proposed created prior to August 1, 1996?     ☐ Yes ☐ No

wpaform3.doc - rev. 3/1/05

Page 3 of

06/20/05  16:09 FAX 6176541735        KOPELMAN AND PAIGE PC                    ☑013/036



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40


Wareham
City/Town

## B. Resource Area Effects

### 2. Coastal Resource Areas:

Check all that apply below. Attach narrative and supporting documentation describing how the project will meet all performance standards for each of the resource areas altered, including standards requiring consideration of alternative project design or location.

**Online Users:** Include your document transaction number (provided on your receipt page) with all supplementary information you submit to the Department.

| Resource Area | Size of Proposed Alteration | Proposed Replacement (if any) |
|---|---|---|
| a. ☐ Designated Port Areas | Indicate size under Land Under the Ocean, below | |
| b. ☐ Land Under the Ocean | _____<br>1. Square feet<br>_____<br>2. Cubic yards dredged | |
| c. ☐ Barrier Beach | Indicate size under Coastal Beaches and/or Coastal Dunes below | |
| d. ☐ Coastal Beaches | _____<br>1. Square feet | _____<br>2. Cubic yards beach nourishment |
| e. ☐ Coastal Dunes | _____<br>1. Square feet | _____<br>2. Cubic yards dune nourishment |
| f. ☒ Coastal Banks | 50'<br>1. Linear feet | |
| g. ☐ Rocky Intertidal Shores | _____<br>1. Square feet | |
| h. ☐ Salt Marshes | _____<br>1. Square feet | _____<br>2. Sq ft restoration, rehab., or creation |
| i. ☐ Land Under Salt Ponds | _____<br>1. Square feet<br>_____<br>2. Cubic yards dredged | |
| j. ☐ Land Containing Shellfish | _____<br>1. Square feet | _____<br>2. Square feet restoration, rehab. |
| k. ☐ Fish Runs | Indicate size under Coastal Banks, Inland Bank, Land Under the Ocean, and/or inland Land Under Waterbodies and Waterways, above<br>_____<br>1. Cubic yards dredged | |
| l. ☒ Land Subject to Coastal Storm Flowage | 1850 s.f.<br>1. Square feet | |

### 3. Limited Project:

Is any portion of the proposed activity eligible to be treated as a limited project subject to 310 CMR 10.24 or 310 CMR 10.53?

a. ☐ Yes  ☒ No  If yes, describe which limited project applies to this project:

_____
b. Limited Project

wpaform3.doc • rev. 3/1/05                                                    Page 4 of 8

**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Wareham
City/Town

## C. Bordering Vegetated Wetland Delineation Methodology

**Online Users:**
Include your document transaction number (provided on your receipt page) with all supplementary information you submit to the Department.

Check all methods used to delineate the Bordering Vegetated Wetland (BVW) boundary:

1. ☐ Final Order of Resource Area Delineation Issued by Conservation Commission or DEP (attached)

2. ☐ DEP BVW Field Data Form (attached)

3. ☐ Final Determination of Applicability issued by Conservation Commission or DEP (attached)

4. ☒ Other Methods for Determining the BVW Boundary (attach documentation):

   a. ☒  50% or more wetland indicator plants

   b. ☐  Saturated/inundated conditions exist

   c. ☐  Groundwater Indicators

   d. ☒  Direct observation

**For all projects affecting other Resource Areas, please attach a narrative explaining how the resource area was delineated.**

   e. ☐  Hydric soil indicators

   f. ☒  Credible evidence of conditions prior to disturbance

5. Other resource areas delineated:    a. _____   b. _____

## D. Other Applicable Standards and Requirements

1. Is any portion of the proposed project located in estimated habitat as indicated on the most recent Estimated Habitat Map of State-Listed Rare Wetland Wildlife published by the Natural Heritage and Endangered Species Program?

   a. ☐ Yes  ☒ No      If yes, include proof of mailing or hand delivery of NOI to:
                       Natural Heritage and Endangered Species Program
                       Division of Fisheries and Wildlife
   July 1, 2003              Route 135, North Drive
   b. Date of Map           Westborough, MA 01581

2. For coastal projects only, is any portion of the proposed project located below the mean high water line or in a fish run?

   ☐ Yes ☒ No      If yes, include proof of mailing or hand delivery of NOI to:
                     Massachusetts Division of Marine Fisheries
                     251 Causeway Street, Suite 400
                     Boston, MA 02114

   ☐ Not applicable – project is in inland resource area only

3. Is any portion of the proposed project within an Area of Critical Environmental Concern (ACEC)?

   a. ☐ Yes  ☒ No      If yes, provide name of ACEC (see instructions to WPA Form 3 or DEP Website for ACEC locations). Note: electronic filers click on Website.

   b. ACEC

06/20/05  18:10 FAX 6178541735          KOPELMAN AND PAIGE PC                    @015/036



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Wareham
City/Town

## D. Other Applicable Standards and Requirements

**Online Users:** Include your document transaction number (provided on your receipt page) with all supplementary information you submit to the Department.

4. Is any portion of the site subject to a Wetlands Restriction Order under the Inland Wetlands Restriction Act (M.G.L. c. 131, § 40A) or the Coastal Wetlands Restriction Act (M.G.L. c. 130, § 105)?

  a. ☐ Yes  ☒ No

5. Is any activity within any Resource Area or Buffer Zone exempt from performance standards of the wetlands regulations, 310 CMR 10.00.

  a. ☐ Yes  ☒ No    If yes, describe which exemption applies to this project:

     b. Exemption

6. Is this project subject to the DEP Stormwater Policy?    a. ☐ Yes  ☒ No

  b. If yes, stormwater management measures are required. Applicants should complete the Stormwater Management Form and submit it with this form.

  c. If no, explain why the project is exempt:

  Construction is for a pre-existing single family lot

## E. Additional Information

Applicants must include the following with this Notice of Intent (NOI). See instructions for details.

**Online Users:** Attach the document transaction number (provided on your receipt page) for any of the following information you submit to the Department.

1. ☒   USGS or other map of the area (along with a narrative description, if necessary) containing sufficient information for the Conservation Commission and the Department to locate the site. (Electronic filers may omit this item.)

2. ☒   Plans identifying the location of proposed activities (including activities proposed to serve as a Bordering Vegetated Wetland [BVW] replication area or other mitigating measure) relative to the boundaries of each affected resource area.

3. ☐   Other material identifying and explaining the determination of resource area boundaries shown on plans (e.g., a DEP BVW Field Data Form).

4. ☒   List the titles and dates for all plans and other materials submitted with this NOI.

5. ☐   If there is more than one property owner, please attach a list of these property owners not listed on this form.

6. ☐   Attach proof of mailing for Natural Heritage and Endangered Species Program, if needed.

7. ☐   Attach proof of mailing for Massachusetts Division of Marine Fisheries, if needed.

8. ☒   Attach NOI Wetland Fee Transmittal Form

9. ☐   Attach Stormwater Management Form, if needed.



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent

Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Wareham
City/Town

## F. Fees

The fees for work proposed under each Notice of Intent must be calculated and submitted to the Conservation Commission and the Department (see Instructions and NOI Wetland Fee Transmittal Form).

No fee shall be assessed for projects of the federal government, the Department, or cities and towns of the Commonwealth.

Applicants must submit the following information (in addition to pages 1 and 2 of the NOI Wetland Fee Transmittal Form) to confirm fee payment:

| check # 4864 | Feb. 28, 2005 |
|---|---|
| 1. Municipal Check Number | 2. Check date |
| check # 4863 | Feb. 28, 2005 |
| 3. State Check Number | 4. Check date |
| Herbert H. | Wydom |
| 5. Payor name on check; First Name | 6. Payor name on check; Last Name |

## G. Signatures and Submittal Requirements

I hereby certify under the penalties of perjury that the foregoing Notice of Intent and accompanying plans, documents, and supporting data are true and complete to the best of my knowledge. I understand that the Conservation Commission will place notification of this Notice in a local newspaper at the expense of the applicant in accordance with the wetlands regulations, 310 CMR 10.05(5)(a).

I further certify under penalties of perjury that all abutters were notified of this application, pursuant to the requirements of M.G.L. c. 131, § 40. Notice must be made in writing by hand delivery or certified mail (return receipt requested) to all abutters within 100 feet of the property line of the project location.

*See attached page*

Signature of Applicant                                                     Date

Signature of Property Owner (if different)                                 Date

Signature of Representative (if any)                                       Date   3/3/05

**For Conservation Commission:**
Two copies of the completed Notice of Intent (Form 3), including supporting plans and documents; two copies of pages 1 and 2 of the NOI Wetland Fee Transmittal Form; and the city/town fee payment must be sent to the Conservation Commission by certified mail or hand delivery.

**For DEP:**
One copy of the completed Notice of Intent (Form 3), including supporting plans and documents; one copy of pages 1 and 2 of the NOI Wetland Fee Transmittal Form; and a copy of the state fee payment must be sent to the DEP Regional Office (see Instructions) by certified mail or hand delivery. (E-filers may submit these electronically.)

**Other:**
If the applicant has checked the "yes" box in any part of Section D, Item 3, above, refer to that section and the Instructions for additional submittal requirements.

The original and copies must be sent simultaneously. Failure by the applicant to send copies in a timely manner may result in dismissal of the Notice of Intent.

08/20/05  16:10 FAX 6176541735        KOPELMAN AND PAIGE PC                ☒017/036



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection – Wetlands
# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

Provided by DEP:

DEP File Number:

Document Transaction Number

Wareham
City/Town

## G. Signatures and Submittal Requirements

I hereby certify under the penalties of perjury that the foregoing Notice of Intent and accompanying plans, documents, and supporting data are true and complete to the best of my knowledge. I understand that the Conservation Commission will place notification of this Notice in a local newspaper at the expense of the applicant in accordance with the wetlands regulations, 310 CMR 10.05(5)(a).

I further certify under penalties of perjury that all abutters were notified of this application, pursuant to the requirements of M.G.L. c. 131, § 40. Notice must be made in writing by hand delivery or certified mail (return receipt requested) to all abutters within 100 feet of the property line of the project location.

Signature of Applicant                                                 Date  2/25/05

Signature of Property Owner (if different)                            Date

Signature of Representative (if any)                                  Date  2/25/05

### For Conservation Commission:
Two copies of the completed Notice of Intent (Form 3), including supporting plans and documents; two copies of pages 1 and 2 of the NOI Wetland Fee Transmittal Form; and the city/town fee payment must be sent to the Conservation Commission by certified mail or hand delivery.

### For DEP:
One copy of the completed Notice of Intent (Form 3), including supporting plans and documents; one copy of pages 1 and 2 of the NOI Wetland Fee Transmittal Form; and a copy of the state fee payment must be sent to the DEP Regional Office (see Instructions) by certified mail or hand delivery. (E-filers may submit these electronically.)

### Other:
If the applicant has checked the "yes" box in any part of Section D, Item 3, above, refer to that section and the instructions for additional submittal requirements.

The original and copies must be sent simultaneously. Failure by the applicant to send copies in a timely manner may result in dismissal of the Notice of Intent.

06/20/05  16:10 FAX 6176541735          KOPELMAN AND PAIGE PC          ☒018/036





**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection – Wetlands
## NOI Wetland Fee Transmittal Form
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

## A. Applicant Information

**Important:**
When filling out
forms on the
computer, use
only the tab
key to move
your cursor –
do not use the
return key.



1. Applicant:

| Herbert H. | Wydom | |
|---|---|---|
| a. First Name | b. Last Name | c. Company |

| 95 Crosby Road | | |
|---|---|---|
| d. Mailing Address | | |

| Marlborough | MA | 01752 |
|---|---|---|
| e. City/Town | f. State | g. Zip Code |

| 508-485-1612 | | |
|---|---|---|
| h. Phone Number | | |

2. Property Owner (if different):

| Same as applicant | | |
|---|---|---|
| a. First Name | b. Last Name | c. Company |

| | | |
|---|---|---|
| d. Mailing Address | | |

| | | |
|---|---|---|
| e. City/Town | f. State | g. Zip Code |

| | |
|---|---|
| h. Phone Number | |

3. Project Location:

| 85 Edgewater Drive | Wareham |
|---|---|
| a. Street Address | b. City/Town |

## B. Fees

To calculate
filing fees, refer
to the category
fee list and
examples in the
instructions for
filling out WPA
Form 3 (Notice of
Intent).

**Notice of Intent (Form 3) or Abbreviated Notice of Intent (Form 4):**

The fee should be calculated using the following six-step process and worksheet. Please see instructions before filling out worksheet.

**Step 1/Type of Activity:** Describe each type of activity that will occur in wetland resource area and buffer zone.

**Step 2/Number of Activities:** Identify the number of each type of activity.

**Step 3/Individual Activity Fee:** Identify each activity fee from the six project categories listed in the instructions.

**Step 4/Subtotal Activity Fee:** Multiply the number of activities (identified in Step 2) times the fee per category (identified in Step 3) to reach a subtotal fee amount. Note: If any of these activities are in a Riverfront Area in addition to another Resource Area or the Buffer Zone, the fee per activity should be multiplied by 1.5 and then added to the subtotal amount.

**Step 5/Total Project Fee:** Determine the total project fee by adding the subtotal amounts from Step 4

**Step 6/Fee Payments:** To calculate the state share of the fee, divide the total fee in half and subtract $12.50. To calculate the city/town share of the fee, divide the total fee in half and add $12.50.



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
## NOI Wetland Fee Transmittal Form
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

### B. Fees (continued)

| Step 1/Type of Activity | Step 2/Number of Activities | Step 3/Individual Activity Fee | Step 4/Subtotal Activity Fee |
|---|---|---|---|
| Category 1a, garage construction | 1 | $110.00 | $110.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | a: $110.00 |

HERBERT H. WYDOM
POLLY A. WYDOM
BELCROSE ROAD
MARLBORO MA 01752

4863

$ 67.50

Digital Federal
Credit Union
www.dcu.org

1010703    4863

**Step 6/Fee Payments:**

| | |
|---|---|
| Total Project Fee: | $110.00 |
| | a. Total fee from Step 5 |
| State share of filing fee: | $ 42.50 |
| | b. 1/2 total fee less $12.50 |
| City/Town share of filling fee: | $ 67.50 |
| | c. 1/2 total fee plus $12.50 |

### C. Submittal Requirements

a.) Complete pages 1 and 2 and send with a check or money order for the state share of the fee, payable to the Commonwealth of Massachusetts.

> Department of Environmental Protection
> Box 4062
> Boston, MA 02211

b.) **To the Conservation Commission:** Send the Notice of Intent or Abbreviated Notice of Intent; a copy of this form; and the city/town fee payment.

c.) **To DEP Regional Office (see Instructions):** Send a copy of the Notice of Intent or Abbreviated Notice of Intent; a copy of this form; and a copy of the state fee payment. (E-filers of Notices of Intent may submit these electronically.)

### Notification to Abutters Under the
### Massachusetts Wetlands Protection Act and
### Town of Wareham By-Laws, Division VI, Wetlands Protective By-Law

In accordance with the second paragraph of Massachusetts General Laws Chapter 131, Section 40 and Town of Wareham Wetlands Protective By-Law, you are hereby notified of the following:

A.   The name of the applicant is:   Herbert H. Wydom
B.   The applicant has filed a Notice of Intent with the Conservation Commission for the Town of Wareham seeking permission to remove, fill, dredge or alter an Area Subject to Protection Under the Wetlands Protection Act (General Laws Chapter 131, Section 40) and the Town of Wareham Wetlands Protective By-Law.
     The project:  To construct a two car garage with overhead storage with related regrading.
C.   Address of the lot where the activity is proposed is:    85 Edgewater Drive
D.   Copies of the Notice of Intent may be examined at the Wareham Conservation Commission Office, Old Town Office Building, 505 Main Street, Wareham, MA 02571 between the hours of 8:30 AM and 4:30 PM, Monday through Friday.
     For more information call: (508) 295-9344 , Ext. 10 (Community Development and Planning)

E.   Copies of the Notice of Intent may be obtained from the applicant's representative by calling this telephone number (508) 295-0545 between the hours of 9:00 AM and 4:00 PM, Monday through Friday.  There is a $10.00 charge to cover the cost of copies and mailing.

F.   Information regarding the date, time and place of the public hearing may be obtained from the Wareham Conservation Commission Office.  Call (508) 295-9344, Ext. 10 between the hours of 8:30 AM and 4:30 PM, Monday through Friday.

NOTE:  Notice of public hearing, including its date, time and place will be published at least five (5) days in advance in the *Wareham Courier.*

NOTE:  Notice of the public hearing, including its date, time and place will be posted in the Wareham Town Hall not less than forty-eight (48) hours in advance.

NOTE:  You also may contact your local Conservation Commission or the nearest Department of Environmental Protection Regional Office for more information about this application or the Wetlands Protection Act.  To contact DEP call:        Southeast Region at (508) 946-2800

Abutter Name_____

Certified Mail_____

Clrform/DEPabutternotice/2003

06/20/05  18:11 FAX 6176541735        KOPELMAN AND PAIGE PC                    ☑022/036

## CHARLES L. ROWLEY & ASSOCIATES
### Civil Engineers and Surveyors
2229 Cranberry Highway
P. O. Box 9
West Wareham, MA. 02576
Telephone No. (508) 295-0545

ABUTTERS NAME AND ADDRESSES                                    W O NO

| Sheet No. | Lot No. | | |
|-----------|---------|---|---|
| | | Name | Herbert Wydom |
| | | | 95 Crosby Road |
| | Book | Address | Marlboro, MA. 01752 |
| | Page | Town, State | |
| | | Zip Code | LOCATION: 85 Edgewater Drive, Wareham, MA. |
| | | | Map 35, Lots 6 & 7 |
| 35 | 5 | Augustine Signore | |
| | | c/o Elizabeth Signore | |
| | | 150 Dedham St. | |
| | | Dover, MA. 02030 | |
| 35 | 8 | Albert F. Richards | |
| | | Phyllis M. Richards | |
| | | CO-TRS Richards Family Rlty Trust | |
| | | 81 Edgewater Dr. | |
| | | Wareham, MA. 02571 | |
| | 1007A | Albert F. Richards | |
| | | Phyllis M. Richards | |
| | | CO-Trs Richards Family Rlty Trust | |
| | | 81 Edgewater Dr. | |
| | | Wareham, MA. 02571 | |
| 35 | 1007B | Albert F. Richards | |
| | | Phyllis M. Richards | |
| | | CO-Trs Richards Family Rlty Trust | |
| | | 81 Edgewater Dr. | |
| | | Wareham, MA. 02571 | |
| 35 | 1007C | Augustine Signore | |
| | | Isabelle V. Signore | |
| | | 351 Langley Rd. | |
| | | Newton Centre, MA. 02159-2349 | |
| 35 | 97 | Dennis W. Horton | |
| | | Katherine VM Brown-Horton | |
| | | 82 Edgewater Dr. | |
| | | Wareham, MA. 02571 | |
| 35 | 116 | Giro Dibiase | |
| | | Elizabeth Dibiase | |
| | | 26 Girard Rd. | |
| | | Winchester, MA. 01890 | |

CERTIFIED LIST OF ABUTTERS AS
THEY APPEAR ON OUR TAX LIST
AS OF: 2-3-05
BOARD OF ASSESSORS

06/20/05  16:11 FAX 6176541735         KOPELMAN AND PAIGE PC                    ☑023/036

## CHARLES L. ROWLEY & ASSOCIATES
*Civil Engineers and Surveyors*
2229 Cranberry Highway
P. O. Box 9
West Wareham, MA. 02576
Telephone No. (508) 295-0545

ABUTTERS NAME AND ADDRESSES                              W O NO

| Sheet No. | Lot No. | Name | |
|---|---|---|---|
| | | Name | Herbert Wydom |
| | Book | Address | 95 Crosby Road |
| | | | Marlboro, MA. 01752 |
| | Page | Town, State | |
| | | Zip Code | LOCATION: 85 Edgewater Drive, Wareham, MA. |
| | | | Map 35, Lots 6 & 7 |
| 35 | 117 | Barry S. Tutain | |
| | | Carolyn Rizzuto | |
| | | 378 Brighton St. | |
| | | Belmont, MA. 02478-3360 | |
| 35 | 118 | Donald A. Soorian, Trustee of the Donald | |
| | | Soorian 1992 revocable Trust | |
| | | 12 Spruce Tree Ln. | |
| | | Wayland, MA. 01778 | |
| 35 | 119 | Virginia P. Maietta | |
| | | 92 Edgewater Dr. | |
| | | Wareham, MA. 02571 | |

06/20/05  16:12 FAX 6176541735    KOPELMAN AND PAIGE PC    ☒024/036



**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**O F F I C I A L   U S E**

| Postage | $ | 37 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total | | 4.42 |

Sent To: Augustine Signore
Isabelle V. Signore
Street or PO: 351 Langley Rd.
City: Newton Centre, MA. 02159-2349

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**O F F I C I A L   U S E**

| Postage | $ | 37 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total | | 4.42 |

Sent To: Dennis W. Horton
Katherine VM Brown-Horton
Street or PO: 82 Edgewater Dr.
City: Wareham, MA. 02571

PS Form 3800, June 2002    See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**O F F I C I A L   U S E**

| Postage | $ | 37 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total | | 4.42 |

Sent To: Albert F.Richards,P. M. Richards
CO-Trs Richards Family Rlty Trst
Street or PO: 81 Edgewater Dr.
City: Wareham, MA. 02571

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**O F F I C I A L   U S E**

| Postage | $ | 37 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total | | 4.42 |

Sent To: Giro Dibiase
Elizabeth Dibiase
Street or PO: 26 Girard Rd.
City: Winchester, MA. 01890

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**O F F I C I A L   U S E**

| Postage | $ | 37 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total | | 4.42 |

Sent To: Augustine Signore
c/o Elizabeth Signore
Street or PO: 150 Dedham St.
City: Dover, MA. 02030

See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**O F F I C I A L   U S E**

| Postage | $ | 37 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total | | 4.42 |

Sent To: Barry S. Tutein
Carolyn Rizzuto
Street or PO: 378 Brighton St.
City: Belmont, MA. 02478-3360

PS Form 3800, June 2002    See Reverse for Instructions

08/20/05  16:12 FAX 6176541735        KOPELMAN AND PAIGE PC                    ☑025/036

**CERTIFIED MAIL₄ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₄

# OFFICIAL USE

| Postage | $ | .37 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

WEST WAREHAM MAC
Postmark
Here
4 2005

Sent To  Donald A. Soorian, Trs. of Donald
Street  Soorian 1992 Revocable Trust
or PO  12 Spruce Tree Ln.
City, S  Wayland, MA. 01778

---

**U.S. Postal Service₄**
**CERTIFIED MAIL₄ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₄

# OFFICIAL

| Postage | $ | .37 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

WEST WAREHAM MA
Postmark
Here

Virginia P. Maletta
92 Edgewater Dr.
Wareham, MA. 02571

06/20/05  16:12 FAX 6176541735     KOPELMAN AND PAIGE PC     ☑026/036



06/20/05  16:12 FAX 6176541735         KOPELMAN AND PAIGE PC                    ☑027/036



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands   DENIED
**WPA Form 5 – Order of Conditions**
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40
Wareham Wetland Protective By-law, Division VI

DEP File Number:
SE76-1745

## A. General Information

Important:
When filling
out forms on
the computer,
use only the
tab key to
move your
cursor - do not
use the return
key.



From:   Wareham
1. Conservation Commission

2. This issuance is for (check one):   ☒ Order of Conditions   ☐ Amended Order of Conditions

3. To:   Applicant:
Herbert                    Wydom
a. First Name              b. Last Name              c. Company
95 Crosby Road
d. Mailing Address
Marlborough                                MA                    01752
e. City/Town                               f. State              g. Zip Code

4. Property Owner (if different from applicant):

a. First Name          b. Last Name          c. Company

d. Mailing Address

e. City/Town                    f. State          g. Zip Code

5.   Project Location:
85 Edgewater Drive                         Wareham
a. Street Address                          b. City/Town
35                                         6 & 7
c. Assessors Map/Plat Number               d. Parcel/Lot Number
Latitude and Longitude, if known (note:
electronic filers will click for GIS locator):   e. Latitude    f. Longitude

6.   Property recorded at the Registry of Deeds for (attach additional information if more than one parcel):
Plymouth
a. County                                  b. Certificate (if registered land)
3690                                       279
c. Book                                    d. Page

7.   Dates:   March, 2005              April 20, 2005        April 27, 2005
a. Date Notice of Intent Filed   b. Date Public Hearing Closed   c. Date of Issuance

8.   Final Approved Plans and Other Documents (attach additional plan or document references as needed):
Plan to Accompany a Notice of Intent Prepared for Herbert H. Wydom, Jr.
a. Plan Title
Charles L. Rowley & Associates            Charles L. Rowley, P.E.
b. Prepared By                            c. Signed and Stamped by
March 1, 2005                             1"=20'
d. Final Revision Date                    e. Scale

f. Additional Plan or Document Title                          g. Date

9.   Total WPA Fee Paid:   $110.00        $42.50           $67.50
a. Total Fee Paid   b. State Fee Paid   c. City/Town Fee Paid

wpaform5.doc • rev. 3/1/05


Exhibit
C

Page 1 of 9

**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
# WPA Form 5 – Order of Conditions
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

## B. Findings

1.  Findings pursuant to the Massachusetts Wetlands Protection Act:

    Following the review of the above-referenced Notice of Intent and based on the information provided in this application and presented at the public hearing, this Commission finds that the areas in which work is proposed is significant to the following interests of the Wetlands Protection Act. Check all that apply:

    a. ☐ Public Water Supply    b. ☐ Land Containing Shellfish  c. ☒ Prevention of Pollution

    d. ☐ Private Water Supply    e. ☐ Fisheries                f. ☐ Protection of Wildlife Habitat

    g. ☐ Groundwater Supply    . h. ☒ Storm Damage Prevention  i. ☒ Flood Control

2.  This Commission hereby finds the project, as proposed, is: (check one of the following boxes)

    **Approved subject to:**

    ☐ the following conditions which are necessary in accordance with the performance standards set forth in the wetlands regulations. This Commission orders that all work shall be performed in accordance with the Notice of Intent referenced above, the following General Conditions, and any other special conditions attached to this Order. To the extent that the following conditions modify or differ from the plans, specifications, or other proposals submitted with the Notice of Intent, these conditions shall control.

    **Denied because:**

    ☒ the proposed work cannot be conditioned to meet the performance standards set forth in the wetland regulations. Therefore, work on this project may not go forward unless and until a new Notice of Intent is submitted which provides measures which are adequate to protect these interests, and a final Order of Conditions is issued. **A description of the performance standards which the proposed work cannot meet is attached to this Order.**

    ☐ the information submitted by the applicant is not sufficient to describe the site, the work, or the effect of the work on the interests identified in the Wetlands Protection Act. Therefore, work on this project may not go forward unless and until a revised Notice of Intent is submitted which provides sufficient information and includes measures which are adequate to protect the Act's interests, and a final Order of Conditions is issued. **A description of the specific information which is lacking and why it is necessary is attached to this Order as per 310 CMR 10.05(6)(c).**

    **Inland Resource Area Impacts:** Check all that apply below. (For Approvals Only)

    ☐ Buffer Zone Impacts: Shortest distance between limit of project disturbance and wetland boundary (if available)

| Resource Area | Proposed Alteration | Permitted Alteration | Proposed Replacement | linear feet Permitted Replacement |
|---|---|---|---|---|
| 3. ☐ Bank | a. linear feet | b. linear feet | c. linear feet | d. linear feet |
| 4. ☐ Bordering Vegetated Wetland | a. square feet | b. square feet | c. square feet | d. square feet |
| 5. ☐ Land Under Waterbodies and Waterways | a. square feet | b. square feet | c. square feet | d. square feet |
| | e. cu.yd dredged | f. cu.yd dredged | | |



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
**WPA Form 5 – Order of Conditions**
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

## B. Findings (cont.)

| Resource Area | Proposed Alteration | Permitted Alteration | Proposed Replacement | Permitted Replacement |
|---|---|---|---|---|
| 6. ☐ Bordering Land Subject to Flooding | a. square feet | b. square feet | c. square feet | d. square feet |
| Cubic Feet Flood Storage | e. cubic feet | f. cubic feet | g. cubic feet | h. cubic feet |
| 7. ☐ Isolated Land Subject to Flooding | a. square feet | b. square feet | | |
| Cubic Feet Flood Storage | c. cubic feet | d. cubic feet | e. cubic feet | f. cubic feet |
| 8. ☐ Riverfront area | a. total sq. feet | b. total sq. feet | | |
| Sq ft within 100 ft | c. square feet | d. square feet | e. square feet | f. square feet |
| Sq ft between 100-200 ft | e. square feet | f. square feet | a. square feet | f. square feet |

Coastal Resource Area Impacts: Check all that apply below. (For Approvals Only)

| | | | | | |
|---|---|---|---|---|---|
| 9. ☐ Designated Port Areas | Indicate size under Land Under the Ocean, below | | | | |
| 10. ☐ Land Under the Ocean | a. square feet | b. square feet | | | |
| | c. cu.yd dredged | d. cu.yd dredged | | | |
| 11. ☐ Barrier Beaches | Indicate size under Coastal Beaches and/or Coastal Dunes below | | | | |
| 12. ☐ Coastal Beaches | a. square feet | b. square feet | c. c/y nourishmt. | d. c/y nourishmt. | |
| 13. ☐ Coastal Dunes | a. square feet | b. square feet | c. c/y nourishmt. | d. c/y nourishmt | |
| 14. ☒ Coastal Banks | a. linear feet 50 | b. linear feet | | | |
| 15. ☐ Rocky Intertidal Shores | a. square feet | b. square feet | | | |
| 16. ☐ Salt Marshes | a. square feet | b. square feet | c. square feet | d. square feet | |
| 17. ☐ Land Under Salt Ponds | a. square feet | b. square feet | | | |
| | c. cu.yd dredged | d. cu.yd dredged | | | |
| 18. ☐ Land Containing Shellfish | a. square feet | b. square feet | c. square feet | d. square feet | |
| 19. ☐ Fish Runs | Indicate size under Coastal Banks, inland Bank, Land Under the Ocean, and/or inland Land Under Waterbodies and Waterways, above | | | | |
| | a. cu.yd dredged | b. cu.yd dredged | | | |
| 20. ☒ Land Subject to Coastal Storm Flowage | a. square feet 1850 | b. square feet | | | |

06/20/05  16:13 FAX 6176541735         KOPELMAN AND PAIGE PC                    ☑030/036



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

DEP File Number:

# WPA Form 5 – Order of Conditions
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

## C. General Conditions Under Massachusetts Wetlands Protection Act

(only applicable to approved projects)

1. Failure to comply with all conditions stated herein, and with all related statutes and other regulatory measures, shall be deemed cause to revoke or modify this Order.

2. The Order does not grant any property rights or any exclusive privileges; it does not authorize any injury to private property or invasion of private rights.

3. This Order does not relieve the permittee or any other person of the necessity of complying with all other applicable federal, state, or local statutes, ordinances, bylaws, or regulations.

4. The work authorized hereunder shall be completed within three years from the date of this Order unless either of the following apply:
   a. the work is a maintenance dredging project as provided for in the Act; or
   b. the time for completion has been extended to a specified date more than three years, but less than five years, from the date of issuance. If this Order is intended to be valid for more than three years, the extension date and the special circumstances warranting the extended time period are set forth as a special condition in this Order.

5. This Order may be extended by the issuing authority for one or more periods of up to three years each upon application to the issuing authority at least 30 days prior to the expiration date of the Order.

6. Any fill used in connection with this project shall be clean fill. Any fill shall contain no trash, refuse, rubbish, or debris, including but not limited to lumber, bricks, plaster, wire, lath, paper, cardboard, pipe, tires, ashes, refrigerators, motor vehicles, or parts of any of the foregoing.

7. This Order is not final until all administrative appeal periods from this Order have elapsed, or if such an appeal has been taken, until all proceedings before the Department have been completed.

8. No work shall be undertaken until the Order has become final and then has been recorded in the Registry of Deeds or the Land Court for the district in which the land is located, within the chain of title of the affected property. In the case of recorded land, the Final Order shall also be noted in the Registry's Grantor Index under the name of the owner of the land upon which the proposed work is to be done. In the case of the registered land, the Final Order shall also be noted on the Land Court Certificate of Title of the owner of the land upon which the proposed work is done. The recording information shall be submitted to this Conservation Commission on the form at the end of this Order, which form must be stamped by the Registry of Deeds, prior to the commencement of work.

9. A sign shall be displayed at the site not less then two square feet or more than three square feet in size bearing the words,

"Massachusetts Department of Environmental Protection" [or, "MA DEP"]

"File Number ―――――――"

06/20/05  18:13 FAX  6176541735          KOPELMAN AND PAIGE PC                         ☑051/036



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 5 – Order of Conditions

Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

## C. General Conditions Under Massachusetts Wetlands Protection Act

10. Where the Department of Environmental Protection is requested to issue a Superseding Order, the Conservation Commission shall be a party to all agency proceedings and hearings before DEP.

11. Upon completion of the work described herein, the applicant shall submit a Request for Certificate of Compliance (WPA Form 8A) to the Conservation Commission.

12. The work shall conform to the plans and special conditions referenced in this order.

13. Any change to the plans identified in Condition #12 above shall require the applicant to inquire of the Conservation Commission in writing whether the change is significant enough to require the filing of a new Notice of Intent.

14. The Agent or members of the Conservation Commission and the Department of Environmental Protection shall have the right to enter and inspect the area subject to this Order at reasonable hours to evaluate compliance with the conditions stated in this Order, and may require the submittal of any data deemed necessary by the Conservation Commission or Department for that evaluation.

15. This Order of Conditions shall apply to any successor in interest or successor in control of the property subject to this Order and to any contractor or other person performing work conditioned by this Order.

16. Prior to the start of work, and if the project involves work adjacent to a Bordering Vegetated Wetland, the boundary of the wetland in the vicinity of the proposed work area shall be marked by wooden stakes or flagging. Once in place, the wetland boundary markers shall be maintained until a Certificate of Compliance has been issued by the Conservation Commission.

17. All sedimentation barriers shall be maintained in good repair until all disturbed areas have been fully stabilized with vegetation or other means. At no time shall sediments be deposited in a wetland or water body. During construction, the applicant or his/her designee shall inspect the erosion controls on a daily basis and shall remove accumulated sediments as needed. The applicant shall immediately control any erosion problems that occur at the site and shall also immediately notify the Conservation Commission, which reserves the right to require additional erosion and/or damage prevention controls it may deem necessary. Sedimentation barriers shall serve as the limit of work unless another limit of work line has been approved by this Order.

18. All work associated with this Order is required to comply with the Massachusetts Stormwater Policy Standards.

Special Conditions:

If you need more space for additional conditions, select box to attach a text document ☐

06/20/05  16:13 FAX 6176541735        KOPELMAN AND PAIGE PC                      ☑ 032/036

**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
# WPA Form 5 – Order of Conditions
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

## D. Findings Under Municipal Wetlands Bylaw or Ordinance

1.  Is a municipal wetlands bylaw or ordinance applicable?   ☒ Yes    ☐ No

2.  The _____Wareham_____ hereby finds (check one that applies):
    Conservation Commission

3.  ☒ that the proposed work cannot be conditioned to meet the standards set forth in a municipal
    ordinance or bylaw specifically:
    ** SEE ATTACHED
    _____
    a. Municipal Ordinance or Bylaw                              b. Citation

    Therefore, work on this project may not go forward unless and until a revised Notice of Intent is
    submitted which provides measures which are adequate to meet these standards, and a final Order of
    Conditions is issued.

4.  ☐ that the following additional conditions are necessary to comply with a municipal ordinance or
    bylaw:

    _____
    a. Municipal Ordinance or Bylaw                              b. Citation

    The Commission orders that all work shall be performed in accordance with the following conditions
    and with the Notice of Intent referenced above. To the extent that the following conditions modify or
    differ from the plans, specifications, or other proposals submitted with the Notice of Intent, the
    conditions shall control.

    If you need more
    space for
    additional
    conditions,
    select box to
    attach a text
    document ☐

    c.  The special conditions relating to municipal ordinance or bylaw are as follows:

    _____
    _____
    _____
    _____

**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
## WPA Form 5 – Order of Conditions
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

### E. Issuance

This Order is valid for three years, unless otherwise specified as a special
condition pursuant to General Conditions #4, from the date of issuance.
Please indicate the number of members who will sign this form:
This Order must be signed by a majority of the Conservation Commission.
The Order must be mailed by certified mail (return receipt requested) or hand delivered to the applicant. A
copy also must be mailed or hand delivered at the same time to the appropriate Department of
Environmental Protection Regional Office, if not filing electronically, and the property owner, if different
from applicant.

4/27/05
1. Date of issuance

5
2. Number of Signers

Signatures:

### Notary Acknowledgement

Commonwealth of Massachusetts County of _Plymouth_

On this _27th_ _Day_ of _April_ _2005_ _Year_

Before me, the undersigned Notary Public,
personally appeared _Douglas S. Westgate_
Name of Document Signer

proved to me through satisfactory evidence of identification, which was/were
_a Commonwealth of Massachusetts Driver's License._
Description of evidence of identification

to be the person whose name is signed on the preceding or attached document, and acknowledged to
me that he/she signed it voluntarily for its stated purpose.

As member of _Wareham_ Conservation Commission
City/Town

_Karen L. Hamilton_
Signature of Notary Public
_Karen L. Hamilton_
Printed Name of Notary Public
_October 2, 2009_
My Commission Expires (Date)

Place notary seal and/or any stamp above

This Order is issued to the applicant as follows:

☐ by hand delivery on

_____
Date

☒ by certified mail, return receipt requested, on
4/27/05
Date
Cert Mail # 70042510000420387713



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 5 – Order of Conditions
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

_____

_____

## F. Appeals

The applicant, the owner, any person aggrieved by this Order, any owner of land abutting the land subject to this Order, or any ten residents of the city or town in which such land is located, are hereby notified of their right to request the appropriate DEP Regional Office to issue a Superseding Order of Conditions. The request must be made by certified mail or hand delivery to the Department, with the appropriate filing fee and a completed Request of Departmental Action Fee Transmittal Form, as provided in 310 CMR 10.03(7) within ten business days from the date of issuance of this Order. A copy of the request shall at the same time be sent by certified mail or hand delivery to the Conservation Commission and to the applicant, if he/she is not the appellant. Any appellants seeking to appeal the Department's Superseding Order associated with this appeal will be required to demonstrate prior participation in the review of this project. Previous participation in the permit proceeding means the submission of written information to the Conservation Commission prior to the close of the public hearing, requesting a Superseding Order or Determination, or providing written information to the Department prior to issuance of a Superseding Order or Determination.

The request shall state clearly and concisely the objections to the Order which is being appealed and how the Order does not contribute to the protection of the interests identified in the Massachusetts Wetlands Protection Act, (M.G.L. c. 131, § 40) and is inconsistent with the wetlands regulations (310 CMR 10.00). To the extent that the Order is based on a municipal ordinance or bylaw, and not on the Massachusetts Wetlands Protection Act or regulations, the Department has no appellate jurisdiction.

**Section G, Recording Information is available on the following page.**

06/20/05  16:13 FAX 6178541735        KOPELMAN AND PAIGE PC                      ☒035/038



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 5 – Order of Conditions
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

_____

_____

## G. Recording Information

This Order of Conditions must be recorded in the Registry of Deeds or the Land Court for the district in which the land is located, within the chain of title of the affected property. In the case of recorded land, the Final Order shall also be noted in the Registry's Grantor Index under the name of the owner of the land subject to the Order. In the case of registered land, this Order shall also be noted on the Land Court Certificate of Title of the owner of the land subject to the Order of Conditions. The recording information on Page 7 of this form shall be submitted to the Conservation Commission listed below.

_____
Conservation Commission

Detach on dotted line, have stamped by the Registry of Deeds and submit to the Conservation Commission.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To:

_____
Conservation Commission

Please be advised that the Order of Conditions for the Project at:

_____        _____
Project Location                          DEP File Number

Has been recorded at the Registry of Deeds of:

_____        _____        _____
County                           Book                        Page

for:

_____
Property Owner

and has been noted in the chain of title of the affected property in:

_____        _____
Book                             Page

In accordance with the Order of Conditions issued on:

_____
Date

If recorded land, the instrument number identifying this transaction is:

_____
Instrument Number

If registered land, the document number identifying this transaction is:

_____
Document Number

_____
Signature of Applicant

06/20/05  16:13 FAX 6178541735          KOPELMAN AND PAIGE PC                    ☑038/036



**TOWN OF WAREHAM**
CONSERVATION COMMISSION
MEMORIAL TOWN HALL
54 MARION ROAD
Wareham, Massachusetts 02571

Order of Conditions - Herbert Wydom
SE76-1745

This project is hereby denied as the project does not meet the performance standards at 310 CMR 10.30 Coastal Bank, sections 10.30(4) & 10.30(6). The proposed garage and grading are entirely within the Coastal Bank, as is a portion of the proposed paved driveway.

The project is also denied under the Wareham Wetland Protective By-law, Division VI, as the project is likely to have a cumulative effect upon the resource area values protected under this By-law listed in Section (I.), Purpose, including flood control, erosion & sedimentation control, and storm damage prevention including coastal storm flowage, caused by construction of the proposed project within a Coastal Bank.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.   Title of case (name of first party on each side only)___ Wydom v. Town of Wareham Conservation Commission

2.   Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See

     local rule 40.1(a)(1)).

     [ ]   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

     [X]   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
                 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

     [ ]   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                 380, 385, 450, 891.

     [ ]   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                 690, 810, 861-865, 870, 871, 875, 900.

     [ ]   V.    150, 152, 153.

3.   Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in
     this district please indicate the title and number of the first filed case in this court.

4.   Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                                    YES [ ]      NO [X]

5.   Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See
     28 USC §2403)

                                                                    YES [ ]      NO [X]

     If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                                    YES [ ]      NO [ ]

6.   Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                                    YES [ ]      NO [X]

7.   Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
     Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? -  (See Local Rule
     40.1(d)).

                                                                    YES [X]      NO [ ]

     A.    If yes, in which division do all of the non-governmental parties reside?

           Eastern Division  [X]        Central Division  [ ]        Western Division  [ ]

     B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
           agencies,  residing in Massachusetts reside?

           Eastern Division  [ ]        Central Division  [ ]        Western Division  [ ]

8.   If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If
     yes, submit a separate sheet identifying the motions)

                                                                    YES [ ]      NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME ___ Deborah I. Ecker, Esq./Brody, Hardoon, Perkins & Kesten, LLP

ADDRESS ___ One Exeter Plaza, Boston MA 02116

TELEPHONE NO. __ (617) 880-7100

(Coversheetlocal.wpd - 10/17/02)

JS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Herbert Wydom

## DEFENDANTS

Town of Wareham Conservation Commission

**(b)** County of Residence of First Listed Plaintiff   Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed   Plymouth
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Margaret A. Ishihara, Esq. (508) 758-6981
Law Offices of Margaret A. Ishihara
86 Church St., Mattapoisett, MA 02739

Attorneys (If Known)    (617) 880-7100
Leonard H. Kesten, Esq./Deborah I. Ecker, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, Boston, MA 02116

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)      and One Box for Defendant)

|  | DEF |  | DEF |
|---|---|---|---|
| Citizen of This State ☒ 1 | ☐ 1 | Incorporated or Principal Place ☐ 4 | ☒ 4 |
|  |  | of Business In This State |  |
| Citizen of Another State ☐ 2 | ☐ 2 | Incorporated and Principal Place ☐ 5 | ☐ 5 |
|  |  | of Business In Another State |  |
| Citizen or Subject of a ☐ 3 | ☐ 3 | Foreign Nation ☐ 6 | ☐ 6 |
| Foreign Country |  |  |  |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | PERSONAL PROPERTY | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | LABOR | SOCIAL SECURITY | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | FEDERAL TAX SUITS | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Determination Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS Third Party | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original
Proceeding

☒ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to
District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION   (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

The Plaintiff alleges a violation of rights to due process of law as guaranteed by the
Fourteenth Amendment to the U.S. Constitution and the Massachusetts Declaration of Rights.

## VII. REQUESTED IN
COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S)
IF ANY

(See
instructions):

JUDGE

DOCKET NUMBER

DATE
June 22, 2005

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____