UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05 11312 EFH

HERBERT WYDOM,

   Plaintiff,

v.

TOWN OF WAREHAM CONSERVATION COMMISSION,

   Defendant

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendant, Town of Wareham Conservation Commission, in the above-captioned action.

Respectfully submitted,
The Defendant,
Town of Wareham Conservation Commission,
By its attorneys,

*Leonard H. Kesten*
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: June 22, 2005