UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:

HERBERT WYDOM,

Plaintiff,

v.

TOWN OF WAREHAM CONSERVATION COMMISSION,

Defendant

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendant, Town of Wareham Conservation Commission, in the above-captioned action.

Respectfully submitted,
The Defendant,
Town of Wareham Conservation Commission,
By its attorneys,

_____
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: June 22, 2005