**Commonwealth of Massachusetts**
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

## PLCV2005-00570
### Wydom v Wareham Conservation Commission

| | | | | | | |
|---|---|---|---|---|---|---|
| **File Date** | 05/17/2005 | **Status** | Disposed: transfered to other court (dtrans) | | | |
| **Status Date** | 06/23/2005 | **Session** | B - Civil B - CtRm 1 (Plymouth) | | | |
| **Origin** | 1 | **Case Type** | E99 - Miscellaneous | | | |
| **Lead Case** | | **Track** | X | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service** | 08/15/2005 | **Answer** | 10/14/2005 | | **Rule12/19/20** | |
| **Rule 15** | | **Discovery** | | | **Rule 56** | |
| **Final PTC** | 11/13/2005 | **Disposition** 12/13/2005 | | | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Herbert H. Wydom
Active 05/17/2005

**Private Counsel 247930**
Margaret A Ishihara
Fleming & Ishihara
86 Church Street
Mattapoisett, MA 02739
Phone: 508-758-6981
Fax: 508-758-3406
Active 05/17/2005 Notify

**Defendant**
Town of Wareham Conservation Commission
Served: 05/26/2005
Served (answr pending) 05/26/2005

**Private Counsel 554623**
Deborah I Ecker
Brody Hardoon Perkins & Kesten
1 Exeter Plaza
12th floor
Boston, MA 02116
Phone: 617-880-7100
Fax: 617-880-7171
Active 06/23/2005 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 05/17/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 05/17/2005 | | Origin 1, Type E99, Track X. |
| 06/03/2005 | 2.0 | SERVICE RETURNED: Town of Wareham Conservation Commission(Defendant) by certified mail return receipt |
| 06/23/2005 | 3.0 | Notice for Removal to the United States District Court filed by Town of Wareham Conservation Commission |
| 06/23/2005 | 4.0 | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS



A TRUE COPY ATTEST
CLERK

RECEIVED

JUN 2 3 2005

PLYMOUTH SUPERIOR COURT
PLYMOUTH, ss.

COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT DEPARTMENT
Civil Action No. PLCV2005-00570B

HERBERT WYDOM,

   Plaintiff,

   v.

TOWN OF WAREHAM CONSERVATION
COMMISSION,

   Defendant

## WRITTEN NOTICE OF REMOVAL TO
## FEDERAL COURT PURSUANT TO 28 U.S.C. §1446(d)

A Notice of Removal of the above-captioned action from the Superior Court of

the Commonwealth of Massachusetts, Plymouth County, to the United States District

Court for the District of Massachusetts (a copy of which Notice is filed herewith) was

duly filed on June 22, 2005, in the United States District Court for the District of

Massachusetts. A copy of the Notice of Removal, certified by the United States District

Court for the District of Massachusetts, having been duly filed with the Clerk for the

Superior Court of the Commonwealth of Massachusetts, Middlesex County, in

accordance with 28 U.S.C. §1446(d), the Superior Court shall proceed no further herein

unless and until the case is remanded.

Respectfully submitted,
The Defendant,
Town of Wareham Conservation Commission,
By its attorneys,

Deborah Ecker

Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: June 23, 2005

A TRUE COPY ATTEST

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:

HERBERT WYDOM,

Plaintiff,

v.

TOWN OF WAREHAM CONSERVATION
COMMISSION,

Defendant

I hereby certify that the foregoing document is true and correct copy of the electronic docket in the captioned case electronically filed original filed on original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
Deputy Clerk

## DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE COURT

Pursuant to 28 U.S.C. §1441(b) and 1446, the Defendant, Town of Wareham
Conservation Commission (hereinafter "Defendant") petitions for removal of this action
to the United States District Court for the District of Massachusetts. As grounds
therefore, the Defendant state as follows:

1.  On or about May 16, 2005, the Plaintiff filed this suit in the Plymouth
    Superior Court, Civil Action No. PLCV2005-00570B.

2.  On May 26, 2005, the Plaintiff's complaint was served upon the
    Defendant. Attached as Exhibit A is a copy of the Plaintiff's complaint
    and summons which were served upon the Defendant.

3.  In the Complaint, the Plaintiff alleges a "violation of the Plaintiff's rights
    to due process of law as guaranteed by the Fourteenth Amendment to the
    U.S. Constitution and the Massachusetts Declaration of Rights."

4.    Because this matter is an action arising under federal law of which this

Court has original jurisdiction, as authorized by 28 U.S.C. §1331, it is

subject to removal under 28 U.S.C. §1441(b).

5.    This Notice of Removal is being filed within the time period required by

law, 28 U.S.C. §1446(b).

> Respectfully submitted,
> The Defendant,
> Town of Wareham Conservation Commission,
> By its attorneys,
>
>
> Leonard H. Kesten, BBO# 542042
> Deborah I. Ecker, BBO# 554623
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

Dated: June 22, 2005



**A**

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.                        SUPERIOR COURT DEPARTMENT OF THE
                                     TRIAL COURT OF THE COMMONWEALTH
                                     CIVIL ACTION NO. *PLCV 2005 -00570*


*Herbert Wixdam*............., Plaintiff(s)


              vs.


*Town of Wareham*............, Defendant(s)
*Conservation   Commission*
                              SUMMONS

To the above-named defendant: *Town of Wareham Conservation Commission*

       You are hereby summoned and required to serve upon *Margaret A. Ishihara* plaintiff's
attorney, whose address is *26 Church St., Mattapoisett MA 02739* an answer to the complaint
which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day
of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the
complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at
Plymouth either before service upon plaintiff's attorney or within a reasonable time thereafter.

       Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.
           *BARBARA ROUSE*
       Witness, ~~Suzanne V. DelVecchio~~ Esquire. at Plymouth the ........*15th*........................day of
........*May*........................ in the year of our Lord Two thousand and *five* .

                                        *Francis R. Powers*
                                                CLERK.

NOTES
1.     This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.     When more than one defendant is involved, the names of all defendants should appear in the caption.
       If a separate summons is used for each defendant, each should be addressed to the particular
       defendant.
3.     To the plaintiff's attorney: please circle type of action involved-Tort-Motor Vehicle Tort-Contract-
       Equitable Relief-Other.
                          PROOF OF SERVICE OF PROCESS
I hereby certify and return that on ................................................, ~~2002~~, I served a copy of the within summons
                                                                        2005
together with a copy with a copy of the complaint in this action, upon the within-named defendant     , in the
following manner(See Mass. R. Civ. P. 4(d)(1–5)):.................................................................................

...............................................................................................................................................................

...............................................................................................................................................................
                    *2005*
Dated: ......................, ~~2002~~.............................................................

N.B.     TO PROCESS SERVER:-
         PLEASE PLACE DATE YOU MAKE SERVICE  ON DEFENDANT IN THIS BOX ON THE ORIGINAL
AND ON COPY SERVED ON DEFENDANT.

                              ┌─────────────────────────────────────┐
                              │     *MAY     26 , 2005*              │
                              └─────────────────────────────────────┘

attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office at Plymouth.

08/20/05  16:08 FAX 6176541735          KOPELMAN AND PAIGE PC          ☒005/036

# COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH DIVISION                 SUPERIOR COURT DEPT.
                                  DOCKET NO. PLCV 2005-00570

HERBERT WYDOM, Plaintiff vs. TOWN OF WAREHAM CONSERVATION
COMMISSION, Defendant

## COMPLAINT AND JURY DEMAND

1.     The Plaintiff is Herbert H. Wydom of 95 Crosby Road, Marlborough,

Massachusetts (hereinafter referred to as "Wydom").

2.     The Defendant is the Town of Wareham Conservation Commission, with an

address of 54 Marion Rd., Wareham, Plymouth County, Massachusetts 02571

(hereinafter referred to as the "Wareham Conservation Commission"). The Town of

Wareham Conservation Commission is an entity subject to suit under a common name

for purposes of this case.

3.     Wydom is the owner of property located at 85 Edgewater Drive, Wareham,

Plymouth County, Massachusetts on which a house and detached shed are located.  The

house has been in existence since at least 1972. The area of the land on which these

buildings are located is 62,161 square feet ±.

4.     On or about March 2005, Wydom filed, through his engineer, a Notice of Intent

with the Wareham Conservation Commission pursuant to the Massachusetts Wetlands

Protection Act (G.L. c. 131:40) which was also considered by the Wareham Conservation

Commission to be a filing under the Town of Wareham By-Law, Division VI, Wareham

Wetland Protective By-Law.  A copy of the Notice of Intent is attached as Exhibit "A" to

this Complaint.  A copy of the plan entitled "Plan to Accompany a Notice of Intent"

prepared for Herbert H. Wydom, Jr. is attached as Exhibit "B" to this Complaint.

1

5.     In the Notice of Intent, Wydom sought an order from the Wareham Conservation Commission for the construction of a two car garage with open storage on the second level and associated grading and driveway.

6.     The Notice of Intent stated that the proposed project is located within resource areas identified as "Coastal Bank" and "Land Subject to Coastal Storm Flowage". The project was proposed to alter 50 linear feet of Coastal Bank and 1,850 square feet of Land Subject to Coastal Storm Flowage.

7.     The hearings before the Wareham Conservation Commission on the Notice of Intent took place on March 16, 2005, April 6, 2005 and April 20, 2005.

8.     On or about April 27, 2005, the Wareham Conservation Commission issued an Order of Conditions denying the project under the Wareham Wetland Protective By-Law and the Massachusetts Wetlands Protection Act. A copy of the Order of Conditions dated April 27, 2005 is attached as Exhibit "C" to this Complaint.

9.     The grounds for the denial under the Wareham Wetland Protective By-Law were stated in the Order of Conditions as follows:

"The project is also denied under the Wareham Wetland Protective By-law, Division VI, as the project is likely to have a cumulative effect upon the resource area values protected under this By-Law listed in Section (I.), including flood control, erosion and sedimentation control, and storm damage prevention including coastal storm flowage, caused by construction of the proposed project within a Coastal Bank."

10.    At the hearing and in the plan and Notice of Intent, Wydom through his engineer presented evidence to show that the coastal bank is stable, well vegetated and very gently sloped at the site of the proposed garage.

11.    At the hearing Wydom through his engineer presented evidence to show that proposed construction and finished project would not adversely affect the function of the

2

coastal bank with relation to flood control, erosion and sedimentation control and storm damage prevention including coastal storm flowage.    The proposed construction and finished project would not cause unacceptable significant or cumulative effects upon the resource area values protected by the Wareham Wetland Protective By-Law.

12.    Wydom has met the requirements of the Wareham Wetland Protective By-Law.

13.    The Wareham Wetland Protective By-Law states that:

"The Commission is empowered to deny a permit for failure to meet the requirements of this bylaw; for failure to submit necessary information and plans requested by the Commission; for failure to meet the design specifications, performance standards; for failure to avoid or prevent unacceptable significant or cumulative effects upon the resource area values protected by this bylaw; and where no conditions are adequate to protect those values."

14.    The Wareham Conservation Commission did not use the standard in the Wareham Wetland Protective By-Law cited in Paragraph 13 of this Complaint to determine whether to deny the project. The Wareham Conservation Commission makes no mention in the Order of Conditions of this standard or any of the grounds upon which they are empowered to deny a permit.

15.    There are no design specifications or performance standards in the Wareham Wetland Protect By-Law which would permit an applicant to determine how a project could be designed to avoid or prevent unacceptable significant or cumulative effects upon the resource area values protected by the by-law.

COUNT ONE

16.    The Plaintiff re-alleges paragraphs 1 through 15 as if fully set forth.

17.    This count is brought in the nature of a complaint for certiorari pursuant to the common law, G.L. c. 249:4 and the Wareham Wetland Protection By-Law.

3

18.    The Order of Conditions issued by the Wareham Conservation Commission denying the project was not supported by substantial evidence and was arbitrary and capricious.

19.    There were substantial errors of law apparent on the record of the Wareham Conservation Commission on Wydom's Notice of Intent and said errors adversely affected Wydom's material rights.

Wherefore, the Plaintiff demands that the court:

(a)    enter a judgment reversing the decision of the Wareham Conservation Commission which denied the Plaintiff's proposed project and enter a judgment allowing the proposed project; and

(b)    enter such further order as the court deems just and proper.

COUNT TWO

20.    The Plaintiff re-alleges paragraphs 1 through 19 as if fully set forth.

21.    This count is brought seeking a declaratory judgment pursuant to G.L. c. 231A.

22.    The lack of design specifications and performance standards in the Wareham Protective By-Law render the by-law void for vagueness in violation of the Plaintiff's rights to due process of law as guaranteed by the Fourteenth Amendment to the U.S. Constitution and the Massachusetts Declaration of Rights.

23.    The lack of design specifications and performance standards in the Wareham Protective By-Law render the by-law highly susceptible to arbitrary and unequal application of the by-law in violation of the Plaintiff's rights to equal protection of the law as guaranteed by the Fourteenth Amendment to the U.S. Constitution and the Massachusetts Declaration of Rights.

4

24.     A controversy exists between parties concerning the Wareham Protective By-Law and their application to the Plaintiff's property.

Wherefore, the Plaintiff demands that the court enter a judgment:

(a)     declaring that the Wareham Protective By-Law is void for vagueness in violation of the Plaintiff's rights to due process of law as guaranteed by the Fourteenth Amendment to the U.S. Constitution and the Massachusetts Declaration of Rights;

(b)     declaring that the Wareham Protective By-Law violates the Plaintiff's rights to equal protection of law as guaranteed by the Fourteenth Amendment to the U.S. Constitution and the Massachusetts Declaration of Rights;

(c)     establishing the rights and duties of the parties; and

(d)     for such further relief as the court deems just and proper.

JURY DEMAND

The Plaintiff demands a trial by jury on all triable issues and as to those issues not triable as of right to a jury, the Plaintiff requests pursuant to M.R.Civ.P. 39 that the court frame jury issues.

PLAINTIFF
HERBERT WYDOM
By his Attorney,

Margaret A. Ishihara, BBO #247930
Law Office of Margaret A. Ishihara
86 Church St.
Mattapoisett, MA. 02739
Telephone: (508) 758-6981
Date: 16  May 2005

5



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Provided by DEP:

DEP File Number

Document Transaction Number

Wareham
City/Town

## A. General Information

1. Project Location (Note: electronic filers will click on button for GIS locator):

| | | |
|---|---|---|
| 85 Edgewater Drive | Wareham | 02571 |
| a. Street Address | b. City/Town | c. Zip Code |
| Latitude and Longitude: | N 41° 44.4' | W 70° 42.3' |
| | d. Latitude | e. Longitude |
| Assessors Map 35 | Lots 6 and 7 | |
| f. Assessors Map/Plat Number | g. Parcel /Lot Number | |

**Important:**
When filling out forms on the computer, use only the tab key to move your cursor – do not use the return key.

2. Applicant:

| | | |
|---|---|---|
| Herbert H. | Wydom | |
| a. First Name | b. Last Name | c. Company |
| 95 Crosby Road | | |
| d. Mailing Address | | |
| Marlborough | MA | 01752 |
| e. City/Town | f. State | g. Zip Code |
| 508-485-1612 | | |
| h. Phone Number | i. Fax Number | j. Email address |

3. Property owner (if different from applicant):    ☐ Check if more than one owner

| | | |
|---|---|---|
| Same as applicant | | |
| a. First Name | b. Last Name | c. Company |
| | | |
| d. Mailing Address | | |
| e. City/Town | f. State | g. Zip Code |
| h. Phone Number | i. Fax Number | j. Email address |

**Note:**
Before completing this form consult your local Conservation Commission regarding any municipal bylaw or ordinance.

4. Representative (if any):

| | | |
|---|---|---|
| Charles L. Rowley & Associates | | |
| a. Firm | | |
| Charles L. | Rowley | |
| b. Contact Person First Name | c. Contact Person Last Name | |
| 2229 Cranberry Highway, PO Box 9 | | |
| d. Mailing Address | | |
| West Wareham | MA | 02576 |
| e. City/Town | f. State | g. Zip Code |
| 508-295-0545 | 508-295-1192 | crsr060863@aol.com |
| h. Phone Number | i. Fax Number | j. Email address |

☐ Select if you want to see Wetland Fee Transmittal Form.

5. Total WPA Fee Paid (from NOI Wetland Fee Transmittal Form):

| | | |
|---|---|---|
| $110.00 | $ 42.50 | $ 67.50 |
| a. Total Fee Paid | b. State Fee Paid | c. City/Town Fee Paid |

6. General Project Description:

Construction of two car garage with open storage on second level, associated grading and driveway for single family lot.

**Exhibit**
A



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
**WPA Form 3 – Notice of Intent**
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Wareham
City/Town

## A. General Information (continued)

7.  Project Type Checklist:

    a.  ☒ Single Family Home

    b.  ☐ Residential Subdivision

    c.  ☐ Limited Project Driveway Crossing

    d.  ☐ Commercial/Industrial

    e.  ☐ Dock/Pier

    f.  ☐ Utilities

    g.  ☐ Coastal Engineering Structure

    h.  ☐ Agriculture – cranberries, forestry

    i.  ☐ Transportation

    j.  ☐ Other

8.  Property recorded at the Registry of Deeds for:

| Plymouth | 279 |
|---|---|
| a. County | c. Page Number |
| 3890 | |
| b. Book | d. Certificate # (if registered land) |

9.  Buffer Zone Only

    Is the project located only in the Buffer Zone of a bordering vegetated wetland, inland bank, or coastal resource area?

    a. ☐  Yes    If yes, please answer Question 10 below, then skip to Section C.

    b. ☒  No     If no, check the resource areas to be affected by this project in Section B.

10. Has work been performed on the property under an Order of Resource Area Delineation involving Simplified Review within 3 years of the date of this application?

    a. ☒  No

    b. ☐  Yes

    If yes, no Notice of Intent or Request for Determination of Applicability may be filed for work within the 50-foot-wide area in the Buffer Zone along the resource area during the three-year term of an Order of Resource Area Delineation, or any Extended Order, or until the applicant receives a Certificate of Compliance, whichever is later.

06/20/05  16:09 FAX 6176541735        KOPELMAN AND PAIGE PC _ _ _ _        ☒012/036



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Wareham
City/Town.

## B. Resource Area Effects

### Buffer Zone Setback

If the project involves only work in the buffer zone, the distance between closest project disturbance and the ☐ BVW ☐ inland bank ☐ coastal resource area (check one) associated with the buffer zone is:

_____
linear feet

### Inland Resource Areas

Check all that apply below. Attach narrative and any supporting documentation describing how the project will meet all performance standards for each of the resource areas altered, including standards requiring consideration of alternative project design or location.

**Online Users:** Include your document transaction number (provided on your receipt page) with all supplementary information you submit to the Department.

| Resource Area | Size of Proposed Alteration | Proposed Replacement (if any) |
|---|---|---|
| a. ☐ Bank | 1. linear feet | 2. linear feet |
| b. ☐ Bordering Vegetated Wetland | 1. square feet | 2. square feet |
| c. ☐ Land Under Waterbodies and Waterways | 1. square feet | 2. square feet |
| | 3. cubic yards dredged | |
| d. ☐ Bordering Land Subject to Flooding | 1. square feet | 2. square feet |
| | 3. cubic feet of flood storage lost | 4. cubic feet of flood storage replaced |
| e. ☐ Isolated Land Subject to Flooding | 1. square feet | |
| | 2. cubic feet of flood storage lost | 3. cubic feet of flood storage replaced |
| f. ☐ Riverfront area | Name of Waterway (if available) | |

1. Width of Riverfront Area (check one):

    ☐ 25 ft. - Designated Densely Developed Areas only

    ☐ 100 ft. - New agricultural projects only

    ☐ 200 ft. - All other projects

2. Total area of Riverfront Area on the site of the proposed project:   _____ Square Feet

3. Proposed alteration of the Riverfront Area:

| a. Total Square Feet | b. Square Feet within 100 ft. | c. Square Feet between 100 ft. and 200 |
|---|---|---|

4. Has an alternatives analysis been done and is it attached to this NOI?   ☐ Yes ☐ No

5. Was the lot where the activity is proposed created prior to August 1, 1996?   ☐ Yes ☐ No



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
**WPA Form 3 – Notice of Intent**
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Provided by DEP
DEP File Number:
Document Transaction Number
Wareham
City/Town

## B. Resource Area Effects

### 2. Coastal Resource Areas:

Check all that apply below. Attach narrative and supporting documentation describing how the project will meet all performance standards for each of the resource areas altered, including standards requiring consideration of alternative project design or location.

**Online Users:**
Include your document transaction number (provided on your receipt page) with all supplementary information you submit to the Department.

| Resource Area | Size of Proposed Alteration | Proposed Replacement (if any) |
|---|---|---|
| a. ☐ Designated Port Areas | Indicate size under Land Under the Ocean, below | |
| b. ☐ Land Under the Ocean | 1. Square feet<br><br>2. Cubic yards dredged | |
| c. ☐ Barrier Beach | Indicate size under Coastal Beaches and/or Coastal Dunes below | |
| d. ☐ Coastal Beaches | 1. Square feet | 2. Cubic yards beach nourishment |
| e. ☐ Coastal Dunes | 1. Square feet | 2. Cubic yards dune nourishment |
| f. ☒ Coastal Banks | 50'<br>1. Linear feet | |
| g. ☐ Rocky Intertidal Shores | 1. Square feet | |
| h. ☐ Salt Marshes | 1. Square feet | 2. Sq ft restoration, rehab., or creation |
| i. ☐ Land Under Salt Ponds | 1. Square feet<br><br>2. Cubic yards dredged | |
| j. ☐ Land Containing Shellfish | 1. Square feet | 2. Square feet restoration, rehab. |
| k. ☐ Fish Runs | Indicate size under Coastal Banks, inland Bank, Land Under the Ocean, and/or inland Land Under Waterbodies and Waterways, above<br><br>1. Cubic yards dredged | |
| l. ☒ Land Subject to Coastal Storm Flowage | 1850 s.f.<br>1. Square feet | |

### 3. Limited Project:

Is any portion of the proposed activity eligible to be treated as a limited project subject to 310 CMR 10.24 or 310 CMR 10.53?

a. ☐ Yes  ☒ No   If yes, describe which limited project applies to this project:

b. Limited Project

wpaform3.doc • rev. 3/1/05

Page 4 of 8



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Provided by DEP
DEP File Number:
Document Transaction Number:
Wareham
City/Town

## C. Bordering Vegetated Wetland Delineation Methodology

Check all methods used to delineate the Bordering Vegetated Wetland (BVW) boundary:

**Online Users:**
Include your
document
transaction
number
(provided on
your receipt
page) with all
supplementary
information you
submit to the
Department.

1. ☐    Final Order of Resource Area Delineation Issued by Conservation Commission or DEP (attached)

2. ☐    DEP BVW Field Data Form (attached)

3. ☐    Final Determination of Applicability issued by Conservation Commission or DEP (attached)

4. ☒    Other Methods for Determining the BVW Boundary (attach documentation):

    a. ☒    50% or more wetland indicator plants

    b. ☐    Saturated/inundated conditions exist

    c. ☐    Groundwater indicators

    d. ☒    Direct observation

**For all projects
affecting other
Resource
Areas, please
attach a
narrative
explaining how
the resource
area was
delineated.**

    e. ☐    Hydric soil indicators

    f. ☒    Credible evidence of conditions prior to disturbance

5. Other resource areas delineated:    a. _____    b. _____

## D. Other Applicable Standards and Requirements

1. Is any portion of the proposed project located in estimated habitat as indicated on the most recent Estimated Habitat Map of State-Listed Rare Wetland Wildlife published by the Natural Heritage and Endangered Species Program?

    a. ☐ Yes   ☒ No     If yes, include proof of mailing or hand delivery of NOI to:
           Natural Heritage and Endangered Species Program
           Division of Fisheries and Wildlife
           Route 135, North Drive
    July 1, 2003            Westborough, MA 01581
    b. Date of Map

2. For coastal projects only, is any portion of the proposed project located below the mean high water line or in a fish run?

    ☐ Yes ☒ No     If yes, include proof of mailing or hand delivery of NOI to:
           Massachusetts Division of Marine Fisheries
           251 Causeway Street, Suite 400
           Boston, MA 02114

    ☐ Not applicable – project is in inland resource area only

3. Is any portion of the proposed project within an Area of Critical Environmental Concern (ACEC)?

    a. ☐ Yes   ☒ No     If yes, provide name of ACEC (see instructions to WPA Form 3 or DEP Website for ACEC locations). Note: electronic filers click on Website.

    b. ACEC

08/20/05  16:10 FAX 8178541735          KOPELMAN AND PAIGE PC                    ☑015/036



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

Provided by DEP

DEP File Number:

Document Transaction Number:

Wareham
City/Town

## D. Other Applicable Standards and Requirements

**Online Users:**
Include your document transaction number (provided on your receipt page) with all supplementary information you submit to the Department.

4. Is any portion of the site subject to a Wetlands Restriction Order under the Inland Wetlands Restriction Act (M.G.L. c. 131, § 40A) or the Coastal Wetlands Restriction Act (M.G.L. c. 130, § 105)?

   a. ☐ Yes  ☒ No

5. Is any activity within any Resource Area or Buffer Zone exempt from performance standards of the wetlands regulations, 310 CMR 10.00.

   a. ☐ Yes  ☒ No       If yes, describe which exemption applies to this project:

   _____
   b. Exemption

6. Is this project subject to the DEP Stormwater Policy?  a. ☐ Yes  ☒ No

   b. If yes, stormwater management measures are required. Applicants should complete the Stormwater Management Form and submit it with this form.

   c. If no, explain why the project is exempt:

   Construction is for a pre-existing single family lot
   _____
   _____

## E. Additional Information

Applicants must include the following with this Notice of Intent (NOI). See instructions for details.

**Online Users:** Attach the document transaction number (provided on your receipt page) for any of the following information you submit to the Department.

1. ☒  USGS or other map of the area (along with a narrative description, if necessary) containing sufficient information for the Conservation Commission and the Department to locate the site. (Electronic filers may omit this item.)

2. ☒  Plans identifying the location of proposed activities (including activities proposed to serve as a Bordering Vegetated Wetland [BVW] replication area or other mitigating measure) relative to the boundaries of each affected resource area.

3. ☐  Other material identifying and explaining the determination of resource area boundaries shown on plans (e.g., a DEP BVW Field Data Form).

4. ☒  List the titles and dates for all plans and other materials submitted with this NOI.

5. ☐  If there is more than one property owner, please attach a list of these property owners not listed on this form.

6. ☐  Attach proof of mailing for Natural Heritage and Endangered Species Program, if needed.

7. ☐  Attach proof of mailing for Massachusetts Division of Marine Fisheries, if needed.

8. ☒  Attach NOI Wetland Fee Transmittal Form

9. ☐  Attach Stormwater Management Form, if needed.



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Provided by DEP:

DEP File Number:

Document Transaction Number:

Wareham
City/Town

## F. Fees

The fees for work proposed under each Notice of Intent must be calculated and submitted to the Conservation Commission and the Department (see Instructions and NOI Wetland Fee Transmittal Form).

No fee shall be assessed for projects of the federal government, the Department, or cities and towns of the Commonwealth.

Applicants must submit the following information (in addition to pages 1 and 2 of the NOI Wetland Fee Transmittal Form) to confirm fee payment:

| check # 4864 | Feb. 28, 2005 |
|---|---|
| 1. Municipal Check Number | 2. Check date |
| check # 4863 | Feb. 28, 2005 |
| 3. State Check Number | 4. Check date |
| Herbert H. | Wydom |
| 5. Payor name on check: First Name | 6. Payor name on check: Last Name |

## G. Signatures and Submittal Requirements

I hereby certify under the penalties of perjury that the foregoing Notice of Intent and accompanying plans, documents, and supporting data are true and complete to the best of my knowledge. I understand that the Conservation Commission will place notification of this Notice in a local newspaper at the expense of the applicant in accordance with the wetlands regulations, 310 CMR 10.05(5)(a).

I further certify under penalties of perjury that all abutters were notified of this application, pursuant to the requirements of M.G.L. c. 131, § 40. Notice must be made in writing by hand delivery or certified mail (return receipt requested) to all abutters within 100 feet of the property line of the project location.

_See   attached   page_

Signature of Applicant                                                            Date

Signature of Property Owner (if different)                                        Date

Signature of Representative (if any)                                              Date  3/3/05

**For Conservation Commission:**
Two copies of the completed Notice of Intent (Form 3), including supporting plans and documents; two copies of pages 1 and 2 of the NOI Wetland Fee Transmittal Form; and the city/town fee payment must be sent to the Conservation Commission by certified mail or hand delivery.

**For DEP:**
One copy of the completed Notice of Intent (Form 3), including supporting plans and documents; one copy of pages 1 and 2 of the NOI Wetland Fee Transmittal Form; and a copy of the state fee payment must be sent to the DEP Regional Office (see Instructions) by certified mail or hand delivery. (E-filers may submit these electronically.)

**Other:**
If the applicant has checked the "yes" box in any part of Section D, Item 3, above, refer to that section and the Instructions for additional submittal requirements.

The original and copies must be sent simultaneously. Failure by the applicant to send copies in a timely manner may result in dismissal of the Notice of Intent.

06/20/05  16:10 FAX 6176541735        KOPELMAN AND PAIGE PC                    ☒017/033



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Provided by DEP
DEP File Number:

Document Transaction Number:
Wareham
City/Town

## G. Signatures and Submittal Requirements

I hereby certify under the penalties of perjury that the foregoing Notice of Intent and accompanying plans, documents, and supporting data are true and complete to the best of my knowledge. I understand that the Conservation Commission will place notification of this Notice in a local newspaper at the expense of the applicant in accordance with the wetlands regulations, 310 CMR 10.05(5)(a).

I further certify under penalties of perjury that all abutters were notified of this application, pursuant to the requirements of M.G.L. c. 131, § 40. Notice must be made in writing by hand delivery or certified mail (return receipt requested) to all abutters within 100 feet of the property line of the project location.

_____        2/25/05
Signature of Applicant                   Date

_____        2/25/05
Signature of Property Owner (if different)   Date
_____
Signature of Representative (if any)         Date

**For Conservation Commission:**
Two copies of the completed Notice of Intent (Form 3), including supporting plans and documents; two copies of pages 1 and 2 of the NOI Wetland Fee Transmittal Form; and the city/town fee payment must be sent to the Conservation Commission by certified mail or hand delivery.

**For DEP:**
One copy of the completed Notice of Intent (Form 3), including supporting plans and documents; one copy of pages 1 and 2 of the NOI Wetland Fee Transmittal Form; and a copy of the state fee payment must be sent to the DEP Regional Office (see Instructions) by certified mail or hand delivery. (E-filers may submit these electronically.)

**Other:**
If the applicant has checked the "yes" box in any part of Section D, Item 3, above, refer to that section and the Instructions for additional submittal requirements.

The original and copies must be sent simultaneously. Failure by the applicant to send copies in a timely manner may result in dismissal of the Notice of Intent.

06/20/05  16:10 FAX 6176541735          KOPELMAN AND PAIGE PC          ☑018/036





# Massachusetts Department of Environmental Protection
## Bureau of Resource Protection - Wetlands
# NOI Wetland Fee Transmittal Form
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

## A. Applicant Information

**Important:**
When filling out forms on the computer, use only the tab key to move your cursor – do not use the return key.




1. Applicant:

| Herbert H. | Wydom | | c. Company |
|---|---|---|---|
| a. First Name | b. Last Name | | |

95 Crosby Road
d. Mailing Address

| Marlborough | | MA | 01752 |
|---|---|---|---|
| e. City/Town | | f. State | g. Zip Code |

508-485-1612
h. Phone Number

2. Property Owner (if different):

| Same as applicant | b. Last Name | | c. Company |
|---|---|---|---|
| a. First Name | | | |

d. Mailing Address

| e. City/Town | | f. State | g. Zip Code |
|---|---|---|---|

h. Phone Number

3. Project Location:

| 85 Edgewater Drive | Wareham |
|---|---|
| a. Street Address | b. City/Town |

## B. Fees

To calculate filing fees, refer to the category fee list and examples in the instructions for filling out WPA Form 3 (Notice of Intent).

**Notice of Intent (Form 3) or Abbreviated Notice of Intent (Form 4):**

The fee should be calculated using the following six-step process and worksheet. Please see instructions before filling out worksheet.

**Step 1/Type of Activity:** Describe each type of activity that will occur in wetland resource area and buffer zone.

**Step 2/Number of Activities:** Identify the number of each type of activity.

**Step 3/Individual Activity Fee:** Identify each activity fee from the six project categories listed in the instructions.

**Step 4/Subtotal Activity Fee:** Multiply the number of activities (identified in Step 2) times the fee per category (identified in Step 3) to reach a subtotal fee amount. Note: If any of these activities are in a Riverfront Area in addition to another Resource Area or the Buffer Zone, the fee per activity should be multiplied by 1.5 and then added to the subtotal amount.

**Step 5/Total Project Fee:** Determine the total project fee by adding the subtotal amounts from Step 4

**Step 6/Fee Payments:** To calculate the state share of the fee, divide the total fee in half and subtract $12.50. To calculate the city/town share of the fee, divide the total fee in half and add $12.50.

06/20/05  18:11 FAX 6176541735          KOPELMAN AND PAIGE PC          ☑020/036



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
**NOI Wetland Fee Transmittal Form**
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

## B. Fees (continued)

| Step 1/Type of Activity | Step 2/Number of Activities | Step 3/Individual Activity Fee | Step 4/Subtotal Activity Fee |
|---|---|---|---|
| Category 1a, garage construction | 1 | $110.00 | $110.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | e: $110.00 |

**Step 6/Fee Payments:**

Total Project Fee: $110.00
a. Total fee from Step 5

State share of filing fee: $ 42.50
b. 1/2 total fee less $12.50

City/Town share of filling fee: $ 67.50
c. 1/2 total fee plus $12.50

## C. Submittal Requirements

a.) Complete pages 1 and 2 and send with a check or money order for the state share of the fee, payable to the Commonwealth of Massachusetts.

Department of Environmental Protection
Box 4062
Boston, MA 02211

b.) **To the Conservation Commission:** Send the Notice of Intent or Abbreviated Notice of Intent; a copy of this form; and the city/town fee payment.

c.) **To DEP Regional Office (see instructions):** Send a copy of the Notice of Intent or Abbreviated Notice of Intent; a copy of this form; and a copy of the state fee payment. (E-filers of Notices of Intent may submit these electronically.)

## Notification to Abutters Under the
## Massachusetts Wetlands Protection Act and
## Town of Wareham By-Laws, Division VI, Wetlands Protective By-Law

In accordance with the second paragraph of Massachusetts General Laws Chapter 131, Section 40 and Town of Wareham Wetlands Protective By-Law, you are hereby notified of the following:

A.  The name of the applicant is:   Herbert H. Wydom
B.  The applicant has filed a Notice of Intent with the Conservation Commission for the Town of Wareham seeking permission to remove, fill, dredge or alter an Area Subject to Protection Under the Wetlands Protection Act (General Laws Chapter 131, Section 40) and the Town of Wareham Wetlands Protective By-Law.
    The project:  To construct a two car garage with overhead storage with related regrading.
C   Address of the lot where the activity is proposed is:    85 Edgewater Drive
D.  Copies of the Notice of Intent may be examined at the Wareham Conservation Commission Office, Old Town Office Building, 505 Main Street, Wareham, MA 02571 between the hours of 8:30 AM and 4:30 PM, Monday through Friday.
    For more information call: (508) 295-9344 , Ext. 10 (Community Development and Planning)

E.  Copies of the Notice of Intent may be obtained from the applicant's representative by calling this telephone number (508) 295-0545 between the hours of 9:00 AM and 4:00 PM, Monday through Friday. There is a $10.00 charge to cover the cost of copies and mailing.

F.  Information regarding the date, time and place of the public hearing may be obtained from the Wareham Conservation Commission Office.  Call (508) 295-9344, Ext. 10 between the hours of 8:30 AM and 4:30 PM, Monday through Friday.

NOTE:  Notice of public hearing, including its date, time and place will be published at least five (5) days in advance in the *Wareham Courier*.

NOTE:  Notice of the public hearing, including its date, time and place will be posted in the Wareham Town Hall not less than forty-eight (48) hours in advance.

NOTE:  You also may contact your local Conservation Commission or the nearest Department of Environmental Protection Regional Office for more information about this application or the Wetlands Protection Act.  To contact DEP call:        Southeast Region at (508) 946-2800

Abutter Name_____

Certified Mail_____

Clrform/DEPabutternotice/2003

**CHARLES L. ROWLEY & ASSOCIATES**
*Civil Engineers and Surveyors*
2229 Cranberry Highway
P. O. Box 9
West Wareham, MA. 02576
Telephone No. (508) 295-0545

ABUTTERS NAME AND ADDRESSES                                    W O NO

| Sheet No. | Lot No. | Name | Herbert Wydom |
|-----------|---------|------|---------------|
|  |  |  | 95 Crosby Road |
|  | Book | Address | Marlboro, MA. 01752 |
|  | Page | Town, State |  |
|  |  | Zip Code | LOCATION: 85 Edgewater Drive, Wareham, MA. |
|  |  |  | Map 35, Lots 6 & 7 |
| 35 | 5 | Augustine Signore |  |
|  |  | c/o Elizabeth Signore |  |
|  |  | 150 Dedham St. |  |
|  |  | Dover, MA. 02030 |  |
| 35 | 8 | Albert F. Richards |  |
|  |  | Phyllis M. Richards |  |
|  |  | CO-TRS Richards Family Rlty Trust |  |
|  |  | 81 Edgewater Dr. |  |
|  |  | Wareham, MA. 02571 |  |
|  | 1007A | Albert F. Richards |  |
|  |  | Phyllis M. Richards |  |
|  |  | CO-Trs Richards Family Rlty Trust |  |
|  |  | 81 Edgewater Dr. |  |
|  |  | Wareham, MA. 02571 |  |
| 35 | 1007B | Albert F. Richards |  |
|  |  | Phyllis M. Richards |  |
|  |  | CO-Trs Richards Family Rlty Trust |  |
|  |  | 81 Edgewater Dr. |  |
|  |  | Wareham, MA. 02571 |  |
| 35 | 1007C | Augustine Signore |  |
|  |  | Isabelle V. Signore |  |
|  |  | 351 Langley Rd. |  |
|  |  | Newton Centre, MA. 02159-2949 |  |
| 35 | 97 | Dennis W. Horton |  |
|  |  | Katherine VM Brown-Horton |  |
|  |  | 82 Edgewater Dr. |  |
|  |  | Wareham, MA. 02571 |  |
| 35 | 116 | Giro Dibiase. |  |
|  |  | Elizabeth Dibiase |  |
|  |  | 26 Girard Rd. |  |
|  |  | Winchester, MA. 01890 |  |

CERTIFIED LIST OF ABUTTERS AS
THEY APPEAR ON OUR TAX LIST
AS OF: 2-3-05
BOARD OF ASSESSORS

06/20/05  16:11 FAX 6178541735        KOPELMAN AND PAIGE PC                    023/038

## CHARLES L. ROWLEY & ASSOCIATES
*Civil Engineers and Surveyors*
2229 Cranberry Highway
P. O. Box 9
West Wareham, MA. 02576
Telephone No. (508) 295-0545

| ABUTTERS NAME AND ADDRESSES | | | | W. O. NO. |
|---|---|---|---|---|
| Sheet No. | Lot No. | Name | Herbert Wydom | |
| | | | 95 Crosby Road | |
| | Book | Address | Marlboro, MA. 01752 | |
| | Page | Town, State | | |
| | | Zip Code | LOCATION: 85 Edgewater Drive, Wareham, MA. | |
| | | | Map 35, Lots 6 & 7 | |
| 35 | 117 | | Barry S. Tutein | |
| | | | Carolyn Rizzuto | |
| | | | 378 Brighton St. | |
| | | | Belmont, MA. 02478-3360 | |
| 35 | 118 | | Donald A. Soorian, Trustee of the Donald | |
| | | | Soorian 1992 revocable Trust | |
| | | | 12 Spruce Tree Ln. | |
| | | | Wayland, MA. 01778 | |
| 35 | 119 | | Virginia P. Maietta | |
| | | | 92 Edgewater Dr. | |
| | | | Wareham, MA. 02571 | |

06/20/05  16:12 FAX 6176541735          KOPELMAN AND PAIGE PC          ☒024/036



**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | 4.42 |

Sent To: Augustine Signore
Isabelle V. Signore
Street or PO: 351 Langley Rd.
City: Newton Centre, MA. 02159-2349

---

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | 4.42 |

Sent To: Dennis W. Horton
Katherine VM Brown-Horton
Street or PO: 82 Edgewater Dr.
City: Wareham, MA. 02571

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | 4.42 |

Sent To: Albert F. Richards, P. M. Richards
CO-Trs Richards Family Rlty Trst
Street or PO: 81 Edgewater Dr.
City: Wareham, MA. 02571

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | 4.42 |

Sent To: Giro Dibiase
Elizabeth Dibiase
Street or PO: 26 Girard Rd.
City: Winchester, MA. 01890

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | 4.42 |

Sent To: Augustine Signore
c/o Elizabeth Signore
Street or PO: 150 Dedham St.
City: Dover, MA. 02030

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | 4.42 |

Sent To: Barry S. Tutein
Carolyn Rizzuto
Street or PO: 378 Brighton St.
City: Belmont, MA. 02478-3360

06/20/05  16:12 FAX 6176541735     KOPELMAN AND PAIGE PC                    ☑025/036

**CERTIFIED MAIL₁₀ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com₁₀

**OFFICIAL USE**

| Postage | $ | .37 |
|---|---|---|
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | 4.42 |
| Total Postage & Fees | $ | |

7003 2260 0000 1351 4561

Sent To Donald A. Soorian, Trs. of Donald
Street, Soorian 1992 Revocable Trust
or PO 12 Spruce Tree Ln.
City, S Wayland, MA. 01778

PS Form

**U.S. Postal Service₁₀**
**CERTIFIED MAIL₁₀ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com₁₀

**OFFICIAL**

| Postage | $ | .37 |
|---|---|---|
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | 4.42 |
| Total Postage & Fees | $ | |

7003 2260 0000 1351 4518

Virginia P. Maietta
92 Edgewater Dr.
Wareham, MA. 02571

PS

06/20/05   16:12 FAX 6176541735        KOPELMAN AND PAIGE PC                          ☒ 026/038



Exhibit
B

accurate

06/20/05  16:12 FAX 6176541735        KOPELMAN AND PAIGE PC                    ☑027/036



## Massachusetts Department of Environmental Protection
## Bureau of Resource Protection - Wetlands  DENIED
## WPA Form 5 – Order of Conditions
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40
Wareham Wetland Protective By-law, Division VI

DEP File Number:

SE76-1745

## A. General Information

**Important:**
When filling out forms on the computer, use only the tab key to move your cursor - do not use the return key.



From:      Wareham
           1. Conservation Commission

2. This issuance is for (check one):      ☒ Order of Conditions      ☐ Amended Order of Conditions

3. To:  Applicant:

Herbert                        Wydom
a. First Name                  b. Last Name              c. Company

95 Crosby Road
d. Mailing Address

Marlborough                                    MA                01752
a. City/Town                                   f. State          g. Zip Code

4. Property Owner (if different from applicant):

a. First Name            b. Last Name            c. Company

d. Mailing Address

e. City/Town                          f. State            g. Zip Code

5.  Project Location:

85 Edgewater Drive                    Wareham
a. Street Address                     b. City/Town

35                                    6 & 7
c. Assessors Map/Plat Number          d. Parcel/Lot Number

Latitude and Longitude, if known (note:
electronic filers will click for GIS locator):      e. Latitude          f. Longitude

6.  Property recorded at the Registry of Deeds for (attach additional information if more than one parcel):

Plymouth
a. County                                  b. Certificate (if registered land)

3690                                       279
c. Book                                    d. Page

7.  Dates:      March, 2005              April 20, 2005          April 27, 2005
                a. Date Notice of Intent Filed    b. Date Public Hearing Closed    c. Date of Issuance

8.  Final Approved Plans and Other Documents (attach additional plan or document references as needed):
    Plan to Accompany a Notice of Intent Prepared for Herbert H. Wydom, Jr.
    a. Plan Title

Charles L. Rowley & Associates                Charles L. Rowley, P.E.
b. Prepared By                                c. Signed and Stamped by

March 1, 2005                                 1"=20'
d. Final Revision Date                        a. Scale

f. Additional Plan or Document Title                                    g. Date

9.  Total WPA Fee Paid:     $110.00           $42.50              $67.50
                            a. Total Fee Paid    b. State Fee Paid    c. City/Town Fee Paid



Exhibit
C

**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
## WPA Form 5 – Order of Conditions
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

## B. Findings

1.  Findings pursuant to the Massachusetts Wetlands Protection Act:

    Following the review of the above-referenced Notice of Intent and based on the information provided in this application and presented at the public hearing, this Commission finds that the areas in which work is proposed is significant to the following interests of the Wetlands Protection Act. Check all that apply:

    a. ☐ Public Water Supply     b. ☐ Land Containing Shellfish  c. ☒ Prevention of Pollution

    d. ☐ Private Water Supply     e. ☐ Fisheries              f. ☐ Protection of Wildlife Habitat

    g. ☐ Groundwater Supply     h. ☒ Storm Damage Prevention i. ☒ Flood Control

2.  This Commission hereby finds the project, as proposed, is: (check one of the following boxes)

    **Approved subject to:**

    ☐ the following conditions which are necessary in accordance with the performance standards set forth in the wetlands regulations. This Commission orders that all work shall be performed in accordance with the Notice of Intent referenced above, the following General Conditions, and any other special conditions attached to this Order. To the extent that the following conditions modify or differ from the plans, specifications, or other proposals submitted with the Notice of Intent, these conditions shall control.

    **Denied because:**

    ☒ the proposed work cannot be conditioned to meet the performance standards set forth in the wetland regulations. Therefore, work on this project may not go forward unless and until a new Notice of Intent is submitted which provides measures which are adequate to protect these interests, and a final Order of Conditions is issued. **A description of the performance standards which the proposed work cannot meet is attached to this Order.**

    ☐ the information submitted by the applicant is not sufficient to describe the site, the work, or the effect of the work on the interests identified in the Wetlands Protection Act. Therefore, work on this project may not go forward unless and until a revised Notice of Intent is submitted which provides sufficient information and includes measures which are adequate to protect the Act's interests, and a final Order of Conditions is issued. **A description of the specific information which is lacking and why it is necessary is attached to this Order as per 310 CMR 10.05(6)(c).**

    **Inland Resource Area Impacts:** Check all that apply below. (For Approvals Only)

    ☐ Buffer Zone Impacts: Shortest distance between limit of project disturbance and wetland boundary (if available) _____ linear feet

| Resource Area | Proposed Alteration | Permitted Alteration | Proposed Replacement | Permitted Replacement |
|---|---|---|---|---|
| 3. ☐ Bank | a. linear feet | b. linear feet | c. linear feet | d. linear feet |
| 4. ☐ Bordering Vegetated Wetland | a. square feet | b. square feet | c. square feet | d. square feet |
| 5. ☐ Land Under Waterbodies and Waterways | a. square feet | b. square feet | c. square feet | d. square feet |
|  | e. cu.yd dredged | f. cu.yd dredged |  |  |

06/20/05   16:12 FAX 6176541735          KOPELMAN AND PAIGE PC                    ☑029/036



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
# WPA Form 5 – Order of Conditions
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

---

## B. Findings (cont.)

| Resource Area | Proposed Alteration | Permitted Alteration | Proposed Replacement | Permitted Replacement |
|---|---|---|---|---|
| 6. ☐ Bordering Land Subject to Flooding | a. square feet | b. square feet | c. square feet | d. square feet |
| Cubic Feet Flood Storage | e. cubic feet | f. cubic feet | g. cubic feet | h. cubic feet |
| 7. ☐ Isolated Land Subject to Flooding | a. square feet | b. square feet | | |
| Cubic Feet Flood Storage | c. cubic feet | d. cubic feet | e. cubic feet | f. cubic feet |
| 8. ☐ Riverfront area | a. total sq. feet | b. total sq. feet | | |
| Sq ft within 100 ft | c. square feet | d. square feet | e. square feet | f. square feet |
| Sq ft between 100-200 ft | e. square feet | f. square feet | a. square feet | f. square feet |

Coastal Resource Area Impacts: Check all that apply below.  (For Approvals Only)

| | | | | |
|---|---|---|---|---|
| 9. ☐ Designated Port Areas | Indicate size under Land Under the Ocean, below | | | |
| 10. ☐ Land Under the Ocean | a. square feet | b. square feet | | |
| | c. cu.yd dredged | d. cu.yd dredged | | |
| 11. ☐ Barrier Beaches | Indicate size under Coastal Beaches and/or Coastal Dunes below | | | |
| 12. ☐ Coastal Beaches | a. square feet | b. square feet | c. c/y nourishmt. | d. c/y nourishmt. |
| 13. ☐ Coastal Dunes | a. square feet | b. square feet | c. c/y nourishmt. | d. c/y nourishmt. |
| 14. ☒ Coastal Banks | *50* a. linear feet | b. linear feet | | |
| 15. ☐ Rocky Intertidal Shores | a. square feet | b. square feet | | |
| 16. ☐ Salt Marshes | a. square feet | b. square feet | c. square feet | d. square feet |
| 17. ☐ Land Under Salt Ponds | a. square feet | b. square feet | | |
| | c. cu.yd dredged | d. cu.yd dredged | | |
| 18. ☐ Land Containing Shellfish | a. square feet | b. square feet | c. square feet | d. square feet |
| 19. ☐ Fish Runs | Indicate size under Coastal Banks, inland Bank, Land Under the Ocean, and/or inland Land Under Waterbodies and Waterways, above | | | |
| | a. cu.yd dredged | b. cu.yd dredged | | |
| 20. ☒ Land Subject to Coastal Storm Flowage | *1850* a. square feet | b. square feet | | |



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
# WPA Form 5 – Order of Conditions
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

_____

## C. General Conditions Under Massachusetts Wetlands Protection Act

(only applicable to approved projects)

1. Failure to comply with all conditions stated herein, and with all related statutes and other regulatory measures, shall be deemed cause to revoke or modify this Order.

2. The Order does not grant any property rights or any exclusive privileges; it does not authorize any injury to private property or invasion of private rights.

3. This Order does not relieve the permittee or any other person of the necessity of complying with all other applicable federal, state, or local statutes, ordinances, bylaws, or regulations.

4. The work authorized hereunder shall be completed within three years from the date of this Order unless either of the following apply:
   a. the work is a maintenance dredging project as provided for in the Act; or
   b. the time for completion has been extended to a specified date more than three years, but less than five years, from the date of issuance. If this Order is intended to be valid for more than three years, the extension date and the special circumstances warranting the extended time period are set forth as a special condition in this Order.

5. This Order may be extended by the issuing authority for one or more periods of up to three years each upon application to the issuing authority at least 30 days prior to the expiration date of the Order.

6. Any fill used in connection with this project shall be clean fill. Any fill shall contain no trash, refuse, rubbish, or debris, including but not limited to lumber, bricks, plaster, wire, lath, paper, cardboard, pipe, tires, ashes, refrigerators, motor vehicles, or parts of any of the foregoing.

7. This Order is not final until all administrative appeal periods from this Order have elapsed, or if such an appeal has been taken, until all proceedings before the Department have been completed.

8. No work shall be undertaken until the Order has become final and then has been recorded in the Registry of Deeds or the Land Court for the district in which the land is located, within the chain of title of the affected property. In the case of recorded land, the Final Order shall also be noted in the Registry's Grantor Index under the name of the owner of the land upon which the proposed work is to be done. In the case of the registered land, the Final Order shall also be noted on the Land Court Certificate of Title of the owner of the land upon which the proposed work is done. The recording information shall be submitted to this Conservation Commission on the form at the end of this Order, which form must be stamped by the Registry of Deeds, prior to the commencement of work.

9. A sign shall be displayed at the site not less then two square feet or more than three square feet in size bearing the words,

"Massachusetts Department of Environmental Protection" [or, "MA DEP"]

*File Number  _____

06/20/05  18:13 FAX 8178541735          KOPELMAN AND PAIGE PC                    Ø 051/036



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
**WPA Form 5 – Order of Conditions**
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

## C. General Conditions Under Massachusetts Wetlands Protection Act

10. Where the Department of Environmental Protection is requested to issue a Superseding Order, the Conservation Commission shall be a party to all agency proceedings and hearings before DEP.

11. Upon completion of the work described herein, the applicant shall submit a Request for Certificate of Compliance (WPA Form 8A) to the Conservation Commission.

12. The work shall conform to the plans and special conditions referenced in this order.

13. Any change to the plans identified in Condition #12 above shall require the applicant to inquire of the Conservation Commission in writing whether the change is significant enough to require the filing of a new Notice of Intent.

14. The Agent or members of the Conservation Commission and the Department of Environmental Protection shall have the right to enter and inspect the area subject to this Order at reasonable hours to evaluate compliance with the conditions stated in this Order, and may require the submittal of any data deemed necessary by the Conservation Commission or Department for that evaluation.

15. This Order of Conditions shall apply to any successor in interest or successor in control of the property subject to this Order and to any contractor or other person performing work conditioned by this Order.

16. Prior to the start of work, and if the project involves work adjacent to a Bordering Vegetated Wetland, the boundary of the wetland in the vicinity of the proposed work area shall be marked by wooden stakes or flagging. Once in place, the wetland boundary markers shall be maintained until a Certificate of Compliance has been issued by the Conservation Commission.

17. All sedimentation barriers shall be maintained in good repair until all disturbed areas have been fully stabilized with vegetation or other means. At no time shall sediments be deposited in a wetland or water body. During construction, the applicant or his/her designee shall inspect the erosion controls on a daily basis and shall remove accumulated sediments as needed. The applicant shall immediately control any erosion problems that occur at the site and shall also immediately notify the Conservation Commission, which reserves the right to require additional erosion and/or damage prevention controls it may deem necessary. Sedimentation barriers shall serve as the limit of work unless another limit of work line has been approved by this Order.

18. All work associated with this Order is required to comply with the Massachusetts Stormwater Policy Standards.

Special Conditions:

If you need more space for additional conditions, select box to attach a text document ☐

_____

_____

_____

_____

_____

06/20/05  16:13 FAX 6176541735          KOPELMAN AND PAIGE PC                    ☑032/036



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
## WPA Form 5 – Order of Conditions
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

## D. Findings Under Municipal Wetlands Bylaw or Ordinance

1. Is a municipal wetlands bylaw or ordinance applicable?   ☒ Yes    ☐ No

2. The ___Wareham___ hereby finds (check one that applies):
   Conservation Commission

3. ☒ that the proposed work cannot be conditioned to meet the standards set forth in a municipal
   ordinance or bylaw specifically:
   ** SEE ATTACHED

   a. Municipal Ordinance or Bylaw                                              b. Citation

   Therefore, work on this project may not go forward unless and until a revised Notice of Intent is
   submitted which provides measures which are adequate to meet these standards, and a final Order of
   Conditions is issued.

4. ☐ that the following additional conditions are necessary to comply with a municipal ordinance or
   bylaw:

   a. Municipal Ordinance or Bylaw                                              b. Citation

   The Commission orders that all work shall be performed in accordance with the following conditions
   and with the Notice of Intent referenced above. To the extent that the following conditions modify or
   differ from the plans, specifications, or other proposals submitted with the Notice of Intent, the
   conditions shall control.

If you need more
space for
additional
conditions,
select box to
attach a text
document ☐

   c. The special conditions relating to municipal ordinance or bylaw are as follows:

06/20/05  16:13 FAX 6176541735          KOPELMAN AND PAIGE PC                          ☒033/036

**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

DEP File Number:

# WPA Form 5 – Order of Conditions
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

## E. Issuance

This Order is valid for three years, unless otherwise specified as a special condition pursuant to General Conditions #4, from the date of issuance.
Please indicate the number of members who will sign this form:
This Order must be signed by a majority of the Conservation Commission.
The Order must be mailed by certified mail (return receipt requested) or hand delivered to the applicant. A copy also must be mailed or hand delivered at the same time to the appropriate Department of Environmental Protection Regional Office, if not filing electronically, and the property owner, if different from applicant.

4/27/05
1. Date of issuance

5
2. Number of Signers

Signatures:

Notary Acknowledgement

Commonwealth of Massachusetts County of   Plymouth

On this    27th   of    April    2005
          Day             Month    Year

Before me, the undersigned Notary Public,
personally appeared    Douglas S. Westgate
                       Name of Document Signer

proved to me through satisfactory evidence of identification, which was/were
a Commonwealth of Massachusetts Driver's License.
Description of evidence of identification

to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose.

As member of    Wareham           Conservation Commission
               City/Town

Karen L. Hamilton
Signature of Notary Public

Karen L. Hamilton
Printed Name of Notary Public

October 2, 2009
My Commission Expires (Date)

Place notary seal and/or any stamp above

This Order is issued to the applicant as follows:

☐ by hand delivery on                    ☒ by certified mail, return receipt requested, on
                                          4/27/05
_____                   _____
Date                                      Date
                                          Cert Mail # 70042510000420387713

wpaform5.doc • rev. 3/1/05                                                    Page 7 of 8

06/20/05  18:13 FAX 6176541735        KOPELMAN AND PAIGE PC                        ☑034/036



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

**WPA Form 5 – Order of Conditions**
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

## F. Appeals

The applicant, the owner, any person aggrieved by this Order, any owner of land abutting the land subject to this Order, or any ten residents of the city or town in which such land is located, are hereby notified of their right to request the appropriate DEP Regional Office to issue a Superseding Order of Conditions. The request must be made by certified mail or hand delivery to the Department, with the appropriate filing fee and a completed Request of Departmental Action Fee Transmittal Form, as provided in 310 CMR 10.03(7) within ten business days from the date of issuance of this Order. A copy of the request shall at the same time be sent by certified mail or hand delivery to the Conservation Commission and to the applicant, if he/she is not the appellant. Any appellants seeking to appeal the Department's Superseding Order associated with this appeal will be required to demonstrate prior participation in the review of this project. Previous participation in the permit proceeding means the submission of written information to the Conservation Commission prior to the close of the public hearing, requesting a Superseding Order or Determination, or providing written information to the Department prior to issuance of a Superseding Order or Determination.

The request shall state clearly and concisely the objections to the Order which is being appealed and how the Order does not contribute to the protection of the interests identified in the Massachusetts Wetlands Protection Act, (M.G.L. c. 131, § 40) and is inconsistent with the wetlands regulations (310 CMR 10.00). To the extent that the Order is based on a municipal ordinance or bylaw, and not on the Massachusetts Wetlands Protection Act or regulations, the Department has no appellate jurisdiction.

Section G, Recording Information is available on the following page.



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
## WPA Form 5 – Order of Conditions
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

---

## G. Recording Information

This Order of Conditions must be recorded in the Registry of Deeds or the Land Court for the district in which the land is located, within the chain of title of the affected property. In the case of recorded land, the Final Order shall also be noted in the Registry's Grantor Index under the name of the owner of the land subject to the Order. In the case of registered land, this Order shall also be noted on the Land Court Certificate of Title of the owner of the land subject to the Order of Conditions. The recording information on Page 7 of this form shall be submitted to the Conservation Commission listed below.

Conservation Commission

Detach on dotted line, have stamped by the Registry of Deeds and submit to the Conservation Commission.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To:

Conservation Commission

Please be advised that the Order of Conditions for the Project at:

Project Location                              DEP File Number

Has been recorded at the Registry of Deeds of:

County                              Book                    Page

for:

Property Owner

and has been noted in the chain of title of the affected property in:

Book                              Page

In accordance with the Order of Conditions issued on:

Date

If recorded land, the instrument number identifying this transaction is:

Instrument Number

If registered land, the document number identifying this transaction is:

Document Number

Signature of Applicant

08/20/05  16:13 FAX 8176541735          KOPELMAN AND PAIGE PC                                    ☎0387036



**TOWN OF WAREHAM**
CONSERVATION COMMISSION
MEMORIAL TOWN HALL
54 MARION ROAD
Wareham, Massachusetts 02571

Order of Conditions - Herbert Wydom
SE76-1745

This project is hereby denied as the project does not meet the performance standards at 310 CMR 10.30 Coastal Bank, sections 10.30(4) & 10.30(6). The proposed garage and grading are entirely within the Coastal Bank, as is a portion of the proposed paved driveway.

The project is also denied under the Wareham Wetland Protective By-law, Division VI, as the project is likely to have a cumulative effect upon the resource area values protected under this By-law listed in Section (I.), Purpose, including flood control, erosion & sedimentation control, and storm damage prevention including coastal storm flowage, caused by construction of the proposed project within a Coastal Bank.

## COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH DIVISION

SUPERIOR COURT DEPT.
DOCKET NO. _O5-O570B_

HERBERT WYDOM, Plaintiff vs. TOWN OF WAREHAM CONSERVATION
COMMISSION, Defendant

COMPLAINT AND JURY DEMAND

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

MAY   1 7  2005

CLERK

1.    The Plaintiff is Herbert H. Wydom of 95 Crosby Road, Marlborough,

Massachusetts (hereinafter referred to as "Wydom").

2.    The Defendant is the Town of Wareham Conservation Commission with an

address of 54 Marion Rd., Wareham, Plymouth County, Massachusetts 02571

(hereinafter referred to as the "Wareham Conservation Commission"). The Town of

Wareham Conservation Commission is an entity subject to suit under a common name

for purposes of this case.

3.    Wydom is the owner of property located at 85 Edgewater Drive, Wareham,

Plymouth County, Massachusetts on which a house and detached shed are located. The

house has been in existence since at least 1972. The area of the land on which these

buildings are located is 62,161 square feet ±.

4.    On or about March 2005, Wydom filed, through his engineer, a Notice of Intent

with the Wareham Conservation Commission pursuant to the Massachusetts Wetlands

Protection Act (G.L. c. 131:40) which was also considered by the Wareham Conservation

Commission to be a filing under the Town of Wareham By-Law, Division VI, Wareham

Wetland Protective By-Law. A copy of the Notice of Intent is attached as Exhibit "A" to

this Complaint. A copy of the plan entitled "Plan to Accompany a Notice of Intent"

prepared for Herbert H. Wydom, Jr. is attached as Exhibit "B" to this Complaint.

1

5.     In the Notice of Intent, Wydom sought an order from the Wareham Conservation
Commission for the construction of a two car garage with open storage on the second
level and associated grading and driveway.

6.     The Notice of Intent stated that the proposed project is located within resource
areas identified as "Coastal Bank" and "Land Subject to Coastal Storm Flowage".  The
project was proposed to alter 50 linear feet of Coastal Bank and 1,850 square feet of Land
Subject to Coastal Storm Flowage.

7.     The hearings before the Wareham Conservation Commission on the Notice of
Intent took place on March 16, 2005, April 6, 2005 and April 20, 2005.

8.     On or about April 27, 2005, the Wareham Conservation Commission issued an
Order of Conditions denying the project under the Wareham Wetland Protective By-Law
and the Massachusetts Wetlands Protection Act.  A copy of the Order of Conditions
dated April 27, 2005 is attached as Exhibit "C" to this Complaint.

9.     The grounds for the denial under the Wareham Wetland Protective By-Law were
stated in the Order of Conditions as follows:

"The project is also denied under the Wareham Wetland Protective By-law, Division VI,
as the project is likely to have a cumulative effect upon the resource area values protected
under this By-Law listed in Section (I.), including flood control, erosion and
sedimentation control, and storm damage prevention including coastal storm flowage,
caused by construction of the proposed project within a Coastal Bank."

10.    At the hearing and in the plan and Notice of Intent, Wydom through his engineer
presented evidence to show that the coastal bank is stable, well vegetated and very gently
sloped at the site of the proposed garage.

11.    At the hearing Wydom through his engineer presented evidence to show that
proposed construction and finished project would not adversely affect the function of the

2

coastal bank with relation to flood control, erosion and sedimentation control and storm

damage prevention including coastal storm flowage.    The proposed construction and

finished project would not cause unacceptable significant or cumulative effects upon the

resource area values protected by the Wareham Wetland Protective By-Law.

12.    Wydom has met the requirements of the Wareham Wetland Protective By-Law.

13.    The Wareham Wetland Protective By-Law states that:

"The Commission is empowered to deny a permit for failure to meet the requirements of
this bylaw; for failure to submit necessary information and plans requested by the
Commission; for failure to meet the design specifications, performance standards; for
failure to avoid or prevent unacceptable significant or cumulative effects upon the
resource area values protected by this bylaw; and where no conditions are adequate to
protect those values."

14.    The Wareham Conservation Commission did not use the standard in the Wareham

Wetland Protective By-Law cited in Paragraph 13 of this Complaint to determine whether

to deny the project. The Wareham Conservation Commission makes no mention in the

Order of Conditions of this standard or any of the grounds upon which they are

empowered to deny a permit.

15.    There are no design specifications or performance standards in the Wareham

Wetland Protect By-Law which would permit an applicant to determine how a project

could be designed to avoid or prevent unacceptable significant or cumulative effects upon

the resource area values protected by the by-law.

COUNT ONE

16.    The Plaintiff re-alleges paragraphs 1 through 15 as if fully set forth.

17.    This count is brought in the nature of a complaint for certiorari pursuant to the

common law, G.L. c. 249:4 and the Wareham Wetland Protection By-Law.

3

18.     The Order of Conditions issued by the Wareham Conservation Commission denying the project was not supported by substantial evidence and was arbitrary and capricious.

19.     There were substantial errors of law apparent on the record of the Wareham Conservation Commission on Wydom's Notice of Intent and said errors adversely affected Wydom's material rights.

Wherefore, the Plaintiff demands that the court:

(a)     enter a judgment reversing the decision of the Wareham Conservation Commission which denied the Plaintiff's proposed project and enter a judgment allowing the proposed project; and

(b)     enter such further order as the court deems just and proper.

COUNT TWO

20.     The Plaintiff re-alleges paragraphs 1 through 19 as if fully set forth.

21.     This count is brought seeking a declaratory judgment pursuant to G.L. c. 231A.

22.     The lack of design specifications and performance standards in the Wareham Protective By-Law render the by-law void for vagueness in violation of the Plaintiff's rights to due process of law as guaranteed by the Fourteenth Amendment to the U.S. Constitution and the Massachusetts Declaration of Rights.

23.     The lack of design specifications and performance standards in the Wareham Protective By-Law render the by-law highly susceptible to arbitrary and unequal application of the by-law in violation of the Plaintiff's rights to equal protection of the law as guaranteed by the Fourteenth Amendment to the U.S. Constitution and the Massachusetts Declaration of Rights.

4

24.    A controversy exists between parties concerning the Wareham Protective By-Law

and their application to the Plaintiff's property.

Wherefore, the Plaintiff demands that the court enter a judgment:

(a)    declaring that the Wareham Protective By-Law is void for vagueness in violation

of the Plaintiff's rights to due process of law as guaranteed by the Fourteenth

Amendment to the U.S. Constitution and the Massachusetts Declaration of Rights;

(b)    declaring that the Wareham Protective By-Law violates the Plaintiff's rights to

equal protection of law as guaranteed by the Fourteenth Amendment to the U.S.

Constitution and the Massachusetts Declaration of Rights;

(c)    establishing the rights and duties of the parties; and

(d)    for such further relief as the court deems just and proper.

JURY DEMAND

The Plaintiff demands a trial by jury on all triable issues and as to those issues not

triable as of right to a jury, the Plaintiff requests pursuant to M.R.Civ.P. 39 that the court

frame jury issues.

PLAINTIFF
HERBERT WYDOM
By his Attorney,

Margaret A. Ishihara, BBO #247930
Law Office of Margaret A. Ishihara
86 Church St.
Mattapoisett, MA. 02739
Telephone: (508) 758-6981
Date: 16 May 2005



5



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

Provided by DEP:

DEP File Number

Document Transaction Number

Wareham
City/Town

## A. General Information

1. Project Location (**Note:** electronic filers will click on button for GIS locator):

| | | |
|---|---|---|
| 85 Edgewater Drive | Wareham | 02571 |
| a. Street Address | b. City/Town | c. Zip Code |
| Latitude and Longitude: | N 41° 44.4' | W 70° 42.3' |
| | d. Latitude | e. Longitude |
| Assessors Map 35 | Lots 6 and 7 | |
| f. Assessors Map/Plat Number | g. Parcel /Lot Number | |

**Important:**
When filling out forms on the computer, use only the tab key to move your cursor – do not use the return key.

2. Applicant:

| | | |
|---|---|---|
| Herbert H. | Wydom | |
| a. First Name | b. Last Name | c. Company |
| 95 Crosby Road | | |
| d. Mailing Address | | |
| Marlborough | MA | 01752 |
| e. City/Town | f. State | g. Zip Code |
| 508-485-1612 | | |
| h. Phone Number | i. Fax Number | j. Email address |

3. Property owner (if different from applicant):    ☐ Check if more than one owner

| | | |
|---|---|---|
| Same as applicant | | |
| a. First Name | b. Last Name | c. Company |
| d. Mailing Address | | |
| e. City/Town | f. State | g. Zip Code |
| h. Phone Number | i. Fax Number | j. Email address |

**Note:**
Before completing this form consult your local Conservation Commission regarding any municipal bylaw or ordinance.

4. Representative (if any):

| | | |
|---|---|---|
| Charles L. Rowley & Associates | | |
| a. Firm | | |
| Charles L. | Rowley | |
| b. Contact Person First Name | c. Contact Person Last Name | |
| 2229 Cranberry Highway, PO Box 9 | | |
| d. Mailing Address | | |
| West Wareham | MA | 02576 |
| e. City/Town | f. State | g. Zip Code |
| 508-295-0545 | 508-295-1192 | crsr060863@aol.com |
| h. Phone Number | i. Fax Number | j. Email address |

☐ Select if you want to see Wetland Fee Transmittal Form.

5. Total WPA Fee Paid (from NOI Wetland Fee Transmittal Form):

| | | |
|---|---|---|
| $110.00 | $ 42.50 | $ 67.50 |
| a. Total Fee Paid | b. State Fee Paid | c. City/Town Fee Paid |

6. General Project Description:

Construction of two car garage with open storage on second level, associated grading and driveway for single family lot.

**Exhibit**

A



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent

Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

Provided by DEP:

DEP File Number:

Document Transaction Number:

Wareham
City/Town

## A. General Information (continued)

7. Project Type Checklist:

   a. ☒ Single Family Home

   b. ☐ Residential Subdivision

   c. ☐ Limited Project Driveway Crossing

   d. ☐ Commercial/Industrial

   e. ☐ Dock/Pier

   f. ☐ Utilities

   g. ☐ Coastal Engineering Structure

   h. ☐ Agriculture – cranberries, forestry

   i. ☐ Transportation

   j. ☐ Other

8. Property recorded at the Registry of Deeds for:

   Plymouth
   a. County

   279
   c. Page Number

   3690
   b. Book

   d. Certificate # (if registered land)

9. Buffer Zone Only

   Is the project located only in the Buffer Zone of a bordering vegetated wetland, inland bank, or coastal resource area?

   a. ☐ Yes    If yes, please answer Question 10 below, then skip to Section C.

   b. ☒ No    If no, check the resource areas to be affected by this project in Section B.

10. Has work been performed on the property under an Order of Resource Area Delineation involving Simplified Review within 3 years of the date of this application?

   a. ☒ No

   b. ☐ Yes

   If yes, no Notice of Intent or Request for Determination of Applicability may be filed for work within the 50-foot-wide area in the Buffer Zone along the resource area during the three-year term of an Order of Resource Area Delineation, or any Extended Order, or until the applicant receives a Certificate of Compliance, whichever is later.



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

Provided by DEP

DEP File Number:

Document Transaction Number:

Wareham
City/Town

## B. Resource Area Effects

### Buffer Zone Setback

If the project involves only work in the buffer zone, the distance between
closest project disturbance and the ☐ BVW ☐ inland bank ☐ coastal
resource area (check one) associated with the buffer zone is:

_____
linear feet

### Inland Resource Areas

Check all that apply below. Attach narrative and any supporting documentation describing how the
project will meet all performance standards for each of the resource areas altered, including
standards requiring consideration of alternative project design or location.

**Online Users:**
Include your
document
transaction
number
(provided on
your receipt
page) with all
supplementary
information you
submit to the
Department.

| Resource Area | Size of Proposed Alteration | Proposed Replacement (if any) |
|---|---|---|
| a. ☐ Bank | 1. linear feet | 2. linear feet |
| b. ☐ Bordering Vegetated Wetland | 1. square feet | 2. square feet |
| c. ☐ Land Under Waterbodies and Waterways | 1. square feet | 2. square feet |
| | 3. cubic yards dredged | |
| d. ☐ Bordering Land Subject to Flooding | 1. square feet | 2. square feet |
| | 3. cubic feet of flood storage lost | 4. cubic feet of flood storage replaced |
| e. ☐ Isolated Land Subject to Flooding | 1. square feet | |
| | 2. cubic feet of flood storage lost | 3. cubic feet of flood storage replaced |
| f. ☐ Riverfront area | Name of Waterway (if available) | |

1. Width of Riverfront Area (check one):

   ☐ 25 ft. - Designated Densely Developed Areas only

   ☐ 100 ft. - New agricultural projects only

   ☐ 200 ft. - All other projects

2. Total area of Riverfront Area on the site of the proposed project:

   _____
   Square Feet

3. Proposed alteration of the Riverfront Area:

| a. Total Square Feet | b. Square Feet within 100 ft. | c. Square Feet between 100 ft. and 200 ft. |
|---|---|---|

4. Has an alternatives analysis been done and is it attached to this NOI?　　☐ Yes ☐ No

5. Was the lot where the activity is proposed created prior to August 1, 1996?　　☐ Yes ☐ No



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent

Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

Provided by DEP:

DEP File Number

Document Transaction Number

Wareham
City/Town

## B. Resource Area Effects

### 2. Coastal Resource Areas:

Check all that apply below. Attach narrative and supporting documentation describing how the project will meet all performance standards for each of the resource areas altered, including standards requiring consideration of alternative project design or location.

**Online Users:** Include your document transaction number (provided on your receipt page) with all supplementary information you submit to the Department.

| Resource Area | | Size of Proposed Alteration | Proposed Replacement (if any) |
|---|---|---|---|
| a. ☐ | Designated Port Areas | Indicate size under Land Under the Ocean, below | |
| b. ☐ | Land Under the Ocean | _____<br>1. Square feet<br><br>_____<br>2. Cubic yards dredged | |
| c. ☐ | Barrier Beach | Indicate size under Coastal Beaches and/or Coastal Dunes below | |
| d. ☐ | Coastal Beaches | _____<br>1. Square feet | _____<br>2. Cubic yards beach nourishment |
| e. ☐ | Coastal Dunes | _____<br>1. Square feet | _____<br>2. Cubic yards dune nourishment |
| f. ☒ | Coastal Banks | 50'<br>_____<br>1. Linear feet | |
| g. ☐ | Rocky Intertidal Shores | _____<br>1. Square feet | |
| h. ☐ | Salt Marshes | _____<br>1. Square feet | _____<br>2. Sq ft restoration, rehab., or creation |
| i. ☐ | Land Under Salt Ponds | _____<br>1. Square feet<br><br>_____<br>2. Cubic yards dredged | |
| j. ☐ | Land Containing Shellfish | _____<br>1. Square feet | _____<br>2. Square feet restoration, rehab. |
| k. ☐ | Fish Runs | Indicate size under Coastal Banks, inland Bank, Land Under the Ocean, and/or inland Land Under Waterbodies and Waterways, above<br><br>_____<br>1. Cubic yards dredged | |
| l. ☒ | Land Subject to Coastal Storm Flowage | 1850 s.f.<br>_____<br>1. Square feet | |

### 3. Limited Project:

Is any portion of the proposed activity eligible to be treated as a limited project subject to 310 CMR 10.24 or 310 CMR 10.53?.

a. ☐ Yes   ☒ No   If yes, describe which limited project applies to this project:

_____
b. Limited Project



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent

Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Provided by DEP

DEP File Number

Document Transaction Number

Wareham
_____
City/Town

## C. Bordering Vegetated Wetland Delineation Methodology

Check all methods used to delineate the Bordering Vegetated Wetland (BVW) boundary:

**Online Users:** Include your document transaction number (provided on your receipt page) with all supplementary information you submit to the Department.

1. ☐    Final Order of Resource Area Delineation Issued by Conservation Commission or DEP (attached)

2. ☐    DEP BVW Field Data Form (attached)

3. ☐    Final Determination of Applicability issued by Conservation Commission or DEP (attached)

4. ☒    Other Methods for Determining the BVW Boundary (attach documentation):

   a. ☒    50% or more wetland indicator plants

   b. ☐    Saturated/inundated conditions exist

   c. ☐    Groundwater indicators

   d. ☒    Direct observation

For all projects affecting other Resource Areas, please attach a narrative explaining how the resource area was delineated.

   e. ☐    Hydric soil indicators

   f. ☒    Credible evidence of conditions prior to disturbance

5.    Other resource areas delineated:   a. _____    b. _____

## D. Other Applicable Standards and Requirements

1. Is any portion of the proposed project located in estimated habitat as indicated on the most recent Estimated Habitat Map of State-Listed Rare Wetland Wildlife published by the Natural Heritage and Endangered Species Program?

   a. ☐ Yes ☒ No   If yes, include proof of mailing or hand delivery of NOI to:
               Natural Heritage and Endangered Species Program
               Division of Fisheries and Wildlife

July 1, 2003            Route 135, North Drive
b. Date of Map           Westborough, MA 01581

2. For coastal projects only, is any portion of the proposed project located below the mean high water line or in a fish run?

   ☐ Yes ☒ No   If yes, include proof of mailing or hand delivery of NOI to:
               Massachusetts Division of Marine Fisheries
               251 Causeway Street, Suite 400
               Boston, MA 02114

   ☐ Not applicable – project is in inland resource area only

3. Is any portion of the proposed project within an Area of Critical Environmental Concern (ACEC)?

   a. ☐ Yes ☒ No   If yes, provide name of ACEC (see instructions to WPA Form 3 or DEP Website for ACEC locations). **Note:** electronic filers click on Website.

b. ACEC



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent

Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

Provided by DEP:

DEP File Number

Document Transaction Number

Wareham
City/Town

## D. Other Applicable Standards and Requirements

**Online Users:** Include your document transaction number (provided on your receipt page) with all supplementary information you submit to the Department.

4. Is any portion of the site subject to a Wetlands Restriction Order under the Inland Wetlands Restriction Act (M.G.L. c. 131, § 40A) or the Coastal Wetlands Restriction Act (M.G.L. c. 130, § 105)?

a. ☐ Yes   ☒ No

5. Is any activity within any Resource Area or Buffer Zone exempt from performance standards of the wetlands regulations, 310 CMR 10.00.

a. ☐ Yes   ☒ No      If yes, describe which exemption applies to this project:

_____
b. Exemption

6. Is this project subject to the DEP Stormwater Policy?   a. ☐ Yes   ☒ No

b. If yes, stormwater management measures are required. Applicants should complete the Stormwater Management Form and submit it with this form.

c. If no, explain why the project is exempt:

Construction is for a pre-existing single family lot _____

_____

## E. Additional Information

Applicants must include the following with this Notice of Intent (NOI). See instructions for details.

**Online Users:** Attach the document transaction number (provided on your receipt page) for any of the following information you submit to the Department.

1. ☒   USGS or other map of the area (along with a narrative description, if necessary) containing sufficient information for the Conservation Commission and the Department to locate the site. (Electronic filers may omit this item.)

2. ☒   Plans identifying the location of proposed activities (including activities proposed to serve as a Bordering Vegetated Wetland [BVW] replication area or other mitigating measure) relative to the boundaries of each affected resource area.

3. ☐   Other material identifying and explaining the determination of resource area boundaries shown on plans (e.g., a DEP BVW Field Data Form).

4. ☒   List the titles and dates for all plans and other materials submitted with this NOI.

5. ☐   If there is more than one property owner, please attach a list of these property owners not listed on this form.

6. ☐   Attach proof of mailing for Natural Heritage and Endangered Species Program, if needed.

7. ☐   Attach proof of mailing for Massachusetts Division of Marine Fisheries, if needed.

8. ☒   Attach NOI Wetland Fee Transmittal Form

9. ☐   Attach Stormwater Management Form, if needed.



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent

Massachusetts Wetlands Protection Act M.G.L. c. 131, §40



Provided by DEP:

_____
DEP File Number

_____
Document Transaction Number

**Wareham**
City/Town

## F. Fees

The fees for work proposed under each Notice of Intent must be calculated and submitted to the Conservation Commission and the Department (see Instructions and NOI Wetland Fee Transmittal Form).

No fee shall be assessed for projects of the federal government, the Department, or cities and towns of the Commonwealth.

Applicants must submit the following information (in addition to pages 1 and 2 of the NOI Wetland Fee Transmittal Form) to confirm fee payment:

| check # 4864 | Feb. 28, 2005 |
|---|---|
| 1. Municipal Check Number | 2. Check date |
| check # 4863 | Feb. 28, 2005 |
| 3. State Check Number | 4. Check date |
| Herbert H. | Wydom |
| 5. Payor name on check: First Name | 6. Payor name on check: Last Name |

## G. Signatures and Submittal Requirements

I hereby certify under the penalties of perjury that the foregoing Notice of Intent and accompanying plans, documents, and supporting data are true and complete to the best of my knowledge. I understand that the Conservation Commission will place notification of this Notice in a local newspaper at the expense of the applicant in accordance with the wetlands regulations, 310 CMR 10.05(5)(a).

I further certify under penalties of perjury that all abutters were notified of this application, pursuant to the requirements of M.G.L. c. 131, § 40. Notice must be made in writing by hand delivery or certified mail (return receipt requested) to all abutters within 100 feet of the property line of the project location.

_See attached page_

| Signature of Applicant | Date |
|---|---|

| Signature of Property Owner (if different) | Date |
|---|---|
| Signature of Representative (if any) | Date  3/3/05 |

**For Conservation Commission:**

Two copies of the completed Notice of Intent (Form 3), including supporting plans and documents; two copies of pages 1 and 2 of the NOI Wetland Fee Transmittal Form; and the city/town fee payment must be sent to the Conservation Commission by certified mail or hand delivery.

**For DEP:**

One copy of the completed Notice of Intent (Form 3), including supporting plans and documents; one copy of pages 1 and 2 of the NOI Wetland Fee Transmittal Form; and a copy of the state fee payment must be sent to the DEP Regional Office (see Instructions) by certified mail or hand delivery. (E-filers may submit these electronically.)

**Other:**

If the applicant has checked the "yes" box in any part of Section D, Item 3, above, refer to that section and the Instructions for additional submittal requirements.

The original and copies must be sent simultaneously. Failure by the applicant to send copies in a timely manner may result in dismissal of the Notice of Intent.



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

# WPA Form 3 – Notice of Intent

Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

Provided by DEP

DEP File Number:

Document Transaction Number:

Wareham
City/Town

## G. Signatures and Submittal Requirements

I hereby certify under the penalties of perjury that the foregoing Notice of Intent and accompanying plans, documents, and supporting data are true and complete to the best of my knowledge. I understand that the Conservation Commission will place notification of this Notice in a local newspaper at the expense of the applicant in accordance with the wetlands regulations, 310 CMR 10.05(5)(a).

I further certify under penalties of perjury that all abutters were notified of this application, pursuant to the requirements of M.G.L. c. 131, § 40. Notice must be made in writing by hand delivery or certified mail (return receipt requested) to all abutters within 100 feet of the property line of the project location.

Signature of Applicant                                                     Date  2/25/05

Signature of Property Owner (if different)                                Date  2/25/05

Signature of Representative (if any)                                        Date

### For Conservation Commission:
Two copies of the completed Notice of Intent (Form 3), including supporting plans and documents; two copies of pages 1 and 2 of the NOI Wetland Fee Transmittal Form; and the city/town fee payment must be sent to the Conservation Commission by certified mail or hand delivery.

### For DEP:
One copy of the completed Notice of Intent (Form 3), including supporting plans and documents; one copy of pages 1 and 2 of the NOI Wetland Fee Transmittal Form; and a copy of the state fee payment must be sent to the DEP Regional Office (see Instructions) by certified mail or hand delivery. (E-filers may submit these electronically.)

### Other:
If the applicant has checked the "yes" box in any part of Section D, Item 3, above, refer to that section and the Instructions for additional submittal requirements.

The original and copies must be sent simultaneously. Failure by the applicant to send copies in a timely manner may result in dismissal of the Notice of Intent.



3-D TopoQuads Copyright © 1999 DeLorme Yarmouth, ME 04096  Source Data: USGS          |1000 ft Scale: 1 : 25,000 Detail: 13-7 Datum: NAD27



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
## NOI Wetland Fee Transmittal Form
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

**Important:**
When filling out
forms on the
computer, use
only the tab
key to move
your cursor -
do not use the
return key.





## A. Applicant Information

1. Applicant:

| Herbert H. | Wydom | |
|---|---|---|
| a. First Name | b. Last Name | c. Company |

| 95 Crosby Road | | |
|---|---|---|
| d. Mailing Address | | |

| Marlborough | MA | 01752 |
|---|---|---|
| e. City/Town | f. State | g. Zip Code |

508-485-1612
h. Phone Number

2. Property Owner (if different):

| Same as applicant | | |
|---|---|---|
| a. First Name | b. Last Name | c. Company |

d. Mailing Address

| | f. State | g. Zip Code |
|---|---|---|
| e. City/Town | | |

h. Phone Number

3. Project Location:

| 85 Edgewater Drive | Wareham |
|---|---|
| a. Street Address | b. City/Town |

To calculate
filing fees, refer
to the category
fee list and
examples in the
instructions for
filling out WPA
Form 3 (Notice of
Intent).

## B. Fees

**Notice of Intent (Form 3) or Abbreviated Notice of Intent (Form 4):**

The fee should be calculated using the following six-step process and worksheet. **Please see Instructions before filling out worksheet.**

**Step 1/Type of Activity:** Describe each type of activity that will occur in wetland resource area and buffer zone.

**Step 2/Number of Activities:** Identify the number of each type of activity.

**Step 3/Individual Activity Fee:** Identify each activity fee from the six project categories listed in the instructions.

**Step 4/Subtotal Activity Fee:** Multiply the number of activities (identified in Step 2) times the fee per category (identified in Step 3) to reach a subtotal fee amount. Note: If any of these activities are in a Riverfront Area in addition to another Resource Area or the Buffer Zone, the fee per activity should be multiplied by 1.5 and then added to the subtotal amount.

**Step 5/Total Project Fee:** Determine the total project fee by adding the subtotal amounts from Step 4.

**Step 6/Fee Payments:** To calculate the state share of the fee, divide the total fee in half and subtract $12.50. To calculate the city/town share of the fee, divide the total fee in half and add $12.50.



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
**NOI Wetland Fee Transmittal Form**
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

---

## B. Fees (continued)

| Step 1/Type of Activity | Step 2/Number of Activities | Step 3/Individual Activity Fee | Step 4/Subtotal Activity Fee |
|---|---|---|---|
| Category 1a, garage construction | 1 | $110.00 | $110.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | e: | $110.00 |

HERBERT H. WYDOM
POLLY A. WYDOM
95 CROSBY ROAD
MARLBORO, MA 01752

4863

53-9182/2113
46

$ 67 50/100

Digital Federal
Credit Union
www.dcu.org

Step 6/Fee Payments:

| | |
|---|---|
| Total Project Fee: | $110.00 |
| | a. Total fee from Step 5 |
| State share of filing fee: | $ 42.50 |
| | b. 1/2 total fee less $12.50 |
| City/Town share of filling fee: | $ 67.50 |
| | c. 1/2 total fee plus $12.50 |

---

## C. Submittal Requirements

a.) Complete pages 1 and 2 and send with a check or money order for the state share of the fee, payable to the Commonwealth of Massachusetts.

Department of Environmental Protection
Box 4062
Boston, MA 02211

b.) **To the Conservation Commission:** Send the Notice of Intent or Abbreviated Notice of Intent; **a copy** of this form; and the city/town fee payment.

c.) **To DEP Regional Office** (see Instructions): Send a copy of the Notice of Intent or Abbreviated Notice of Intent; a copy of this form; and a copy of the state fee payment. (E-filers of Notices of Intent may submit these electronically.)

## Notification to Abutters Under the
## Massachusetts Wetlands Protection Act and
## Town of Wareham By-Laws, Division VI, Wetlands Protective By-Law

In accordance with the second paragraph of Massachusetts General Laws Chapter 131, Section 40 and Town of Wareham Wetlands Protective By-Law, you are hereby notified of the following:

A.  The name of the applicant is:    **Herbert H. Wydom**
B.  The applicant has filed a Notice of Intent with the Conservation Commission for the Town of Wareham seeking permission to remove, fill, dredge or alter an Area Subject to Protection Under the Wetlands Protection Act (General Laws Chapter 131, Section 40) and the Town of Wareham Wetlands Protective By-Law.
    The project: **To construct a two car garage with overhead storage with related regrading.**
C.  Address of the lot where the activity is proposed is:    **85 Edgewater Drive**
D.  Copies of the Notice of Intent may be examined at the Wareham Conservation Commission Office, Old Town Office Building, 505 Main Street, Wareham, MA 02571 between the hours of 8:30 AM and 4:30 PM, Monday through Friday.
    For more information call: (508) 295-9344 , Ext. 10 (Community Development and Planning)

E.  Copies of the Notice of Intent may be obtained from the applicant's representative by calling this telephone number (508) 295-0545 between the hours of 9:00 AM and 4:00 PM, Monday through Friday.  There is a $10.00 charge to cover the cost of copies and mailing.

F.  Information regarding the date, time and place of the public hearing may be obtained from the Wareham Conservation Commission Office.  Call (508) 295-9344, Ext. 10 between the hours of 8:30 AM and 4:30 PM, Monday through Friday.

NOTE:  Notice of public hearing, including its date, time and place will be published at least five (5) days in advance in the *Wareham Courier*.

NOTE:  Notice of the public hearing, including its date, time and place will be posted in the Wareham Town Hall not less than forty-eight (48) hours in advance.

NOTE:  You also may contact your local Conservation Commission or the nearest Department of Environmental Protection Regional Office for more information about this application or the Wetlands Protection Act.  To contact DEP call:       Southeast Region at (508) 946-2800

Abutter Name_____

Certified Mail_____

Clrform/DEPabutternotice/2003

**CHARLES L. ROWLEY & ASSOCIATES**
*Civil Engineers and Surveyors*
2229 Cranberry Highway
P. O. Box 9
West Wareham, MA. 02576
Telephone No. (508) 295-0545

ABUTTERS NAME AND ADDRESSES                                    W O NO

| Sheet No | Lot No | Name | Herbert Wydom |
| --- | --- | --- | --- |
| | Book | Address | 95 Crosby Road<br>Marlboro, MA. 01752 |
| | Page | Town, State | |
| | | Zip Code | LOCATION: 85 Edgewater Drive, Wareham, MA.<br>Map 35, Lots 6 & 7 |

| 35 | 5 | Augustine Signore |
| --- | --- | --- |
| | | c/o Elizabeth Signore<br>150 Dedham St.<br>Dover, MA. 02030 |
| 35 | 8 | Albert F. Richards<br>Phyllis M. Richards<br>CO-TRS Richards Family Rlty Trust<br>81 Edgewater Dr.<br>Wareham, MA. 02571 |
| | 1007A | Albert F. Richards<br>Phyllis M. Richards<br>CO-Trs Richards Family Rlty Trust<br>81 Edgewater Dr.<br>Wareham, MA. 02571 |
| 35 | 1007B | Albert F. Richards<br>Phyllis M. Richards<br>CO-Trs Richards Family Rlty Trust<br>81 Edgewater Dr.<br>Wareham, MA. 02571 |
| 35 | 1007C | Augustine Signore<br>Isabelle V. Signore<br>351 Langley Rd.<br>Newton Centre, MA. 02159-2349 |
| 35 | 97 | Dennis W. Horton<br>Katherine VM Brown-Horton<br>82 Edgewater Dr.<br>Wareham, MA. 02571 |
| 35 | 116 | Giro Dibiase<br>Elizabeth Dibiase<br>26 Girard Rd.<br>Winchester, MA. 01890 |

CERTIFIED LIST OF ABUTTERS AS
THEY APPEAR ON OUR TAX LIST
AS OF: 3-3-05
BOARD OF ASSESSORS

CHARLES L. ROWLEY & ASSOCIATES
*Civil Engineers and Surveyors*
2229 Cranberry Highway
P. O. Box 9
West Wareham, MA. 02576
Telephone No. (508) 295-0545

ABUTTERS NAME AND ADDRESSES                                W O NO

| Sheet No. | Lot No. | Name / Address | |
|-----------|---------|------|---|
| | Book | Name | Herbert Wydom |
| | | Address | 95 Crosby Road<br>Marlboro, MA. 01752 |
| | Page | Town, State | |
| | | Zip Code | LOCATION: 85 Edgewater Drive, Wareham, MA.<br>Map 35, Lots 6 & 7 |
| 35 | 117 | | Barry S. Tutein<br>Carolyn Rizzuto<br>378 Brighton St.<br>Belmont, MA. 02478-3360 |
| 35 | 118 | | Donald A. Soorian, Trustee of the Donald<br>Soorian 1992 revocable Trust<br>12 Spruce Tree Ln.<br>Wayland, MA. 01778 |
| 35 | 119 | | Virginia P. Maietta<br>92 Edgewater Dr.<br>Wareham, MA. 02571 |



**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | 4.42 |

WEST WAREHAM MA 02576
Postmark Here
USPS

Sent To: Augustine Signore
Isabelle V. Signore
Street or PO: 351 Langley Rd.
City: Newton Centre, MA. 02159-2349

PS Form 3800, June 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | 4.42 |

WEST WAREHAM MA 02576
MAR 4 2005 Postmark Here
USPS

Sent To: Dennis W. Horton
Katherine VM Brown-Horton
Street or PO: 82 Edgewater Dr.
City: Wareham, MA. 02571

PS Form 3800, June 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | 4.42 |

WEST WAREHAM MA 02576
MAR 4 2005 Postmark Here
USPS

Sent To: Albert F.Richards, P. M. Richards
CO-Trs Richards Family Rlty Trst
Street or PO: 81 Edgewater Dr.
City: Wareham, MA. 02571

PS Form 3800, June 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | 4.42 |

WEST WAREHAM MA 02576
MAR 4 2005 Postmark Here
USPS

Sent To: Giro Dibiase
Elizabeth Dibiase
Street or PO: 26 Girard Rd.
City: Winchester, MA. 01890

PS Form 3800, June 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | 4.42 |

WEST WAREHAM MA 02576
MAR 4 2005 Postmark Here
USPS

Sent To: Augustine Signore
c/o Elizabeth Signore
Street or PO: 150 Dedham St.
City: Dover, MA. 02030

PS Form 3800, June 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | 4.42 |

WEST WAREHAM MA 02576
MAR 4 2005 Postmark Here
USPS

Sent To: Barry S. Tutein
Carolyn Rizzuto
Street or PO: 378 Brighton St.
City: Belmont, MA. 02478-3360

PS Form 3800, June 2002 — See Reverse for Instructions



**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | .37 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Sent To: Donald A. Soorian, Trs. of Donald
Soorian 1992 Revocable Trust
Street or PO: 12 Spruce Tree Ln.
City, S: Wayland, MA. 01778

PS Fo...                                    ...ructions

**U.S. Postal Service...**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL U...

| Postage | $ | .37 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Virginia P. Maietta
92 Edgewater Dr.
Wareham, MA. 02571

PS                                    ...Instructions



Exhibit

B



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands    DENIED

# WPA Form 5 – Order of Conditions

Massachusetts Wetlands Protection Act M.G.L. c. 131, §40
Wareham Wetland Protective By-law, Division VI

DEP File Number:

SE76-1745

## A. General Information

**Important:**
When filling out forms on the computer, use only the tab key to move your cursor - do not use the return key.



From: Wareham
1. Conservation Commission

2. This issuance is for (check one):    ☒ Order of Conditions    ☐ Amended Order of Conditions

3. To:  Applicant:

Herbert | Wydom |
a. First Name | b. Last Name | c. Company

95 Crosby Road
d. Mailing Address

Marlborough | MA | 01752
e. City/Town | f. State | g. Zip Code

4. Property Owner (if different from applicant):

a. First Name | b. Last Name | c. Company

d. Mailing Address

e. City/Town | f. State | g. Zip Code

5.  Project Location:

85 Edgewater Drive | Wareham
a. Street Address | b. City/Town

35 | 6 & 7
c. Assessors Map/Plat Number | d. Parcel/Lot Number

Latitude and Longitude, if known (**note:**
electronic filers will click for GIS locator):

e. Latitude | f. Longitude

6.  Property recorded at the Registry of Deeds for (attach additional information if more than one parcel):

Plymouth
a. County | b. Certificate (if registered land)

3690 | 279
c. Book | d. Page

7.  Dates:  March, 2005 | April 20, 2005 | April 27, 2005
a. Date Notice of Intent Filed | b. Date Public Hearing Closed | c. Date of Issuance

8.  Final Approved Plans and Other Documents (attach additional plan or document references as needed):

Plan to Accompany a Notice of Intent Prepared for Herbert H. Wydom, Jr.
a. Plan Title

Charles L. Rowley & Associates | Charles L. Rowley, P.E.
b. Prepared By | c. Signed and Stamped by

March 1, 2005 | 1"=20'
d. Final Revision Date | e. Scale

f. Additional Plan or Document Title | g. Date

9.  Total WPA Fee Paid:  $110.00 | $42.50 | $67.50
a. Total Fee Paid | b. State Fee Paid | c. City/Town Fee Paid



Exhibit
C



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

**WPA Form 5 – Order of Conditions**

Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

---

## B. Findings

1. Findings pursuant to the Massachusetts Wetlands Protection Act:

   Following the review of the above-referenced Notice of Intent and based on the information provided in this application and presented at the public hearing, this Commission finds that the areas in which work is proposed is significant to the following interests of the Wetlands Protection Act. Check all that apply:

   | | | |
   |---|---|---|
   | a. ☐ Public Water Supply | b. ☐ Land Containing Shellfish | c. ☒ Prevention of Pollution |
   | d. ☐ Private Water Supply | e. ☐ Fisheries | f. ☐ Protection of Wildlife Habitat |
   | g. ☐ Groundwater Supply | h. ☒ Storm Damage Prevention | i. ☒ Flood Control |

2. This Commission hereby finds the project, as proposed, is: (check one of the following boxes)

   **Approved** subject to:

   ☐ the following conditions which are necessary in accordance with the performance standards set forth in the wetlands regulations. This Commission orders that all work shall be performed in accordance with the Notice of Intent referenced above, the following General Conditions, and any other special conditions attached to this Order. To the extent that the following conditions modify or differ from the plans, specifications, or other proposals submitted with the Notice of Intent, these conditions shall control.

   **Denied** because:

   ☑ the proposed work cannot be conditioned to meet the performance standards set forth in the wetland regulations. Therefore, work on this project may not go forward unless and until a new Notice of Intent is submitted which provides measures which are adequate to protect these interests, and a final Order of Conditions is issued. **A description of the performance standards which the proposed work cannot meet is attached to this Order.**

   ☐ the information submitted by the applicant is not sufficient to describe the site, the work, or the effect of the work on the interests identified in the Wetlands Protection Act. Therefore, work on this project may not go forward unless and until a revised Notice of Intent is submitted which provides sufficient information and includes measures which are adequate to protect the Act's interests, and a final Order of Conditions is issued. **A description of the specific information which is lacking and why it is necessary is attached to this Order as per 310 CMR 10.05(6)(c).**

   **Inland Resource Area Impacts:** Check all that apply below. (For Approvals Only)

   ☐ Buffer Zone Impacts: Shortest distance between limit of project disturbance and wetland boundary (if available) _____ linear feet

   | Resource Area | Proposed Alteration | Permitted Alteration | Proposed Replacement | Permitted Replacement |
   |---|---|---|---|---|
   | 3. ☐ Bank | a. linear feet | b. linear feet | c. linear feet | d. linear feet |
   | 4. ☐ Bordering Vegetated Wetland | a. square feet | b. square feet | c. square feet | d. square feet |
   | 5. ☐ Land Under Waterbodies and Waterways | a. square feet | b. square feet | c. square feet | d. square feet |
   | | e. cu.yd dredged | f. cu.yd dredged | | |



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
**WPA Form 5 – Order of Conditions**
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

_____

---

## B. Findings (cont.)

| Resource Area | Proposed Alteration | Permitted Alteration | Proposed Replacement | Permitted Replacement |
|---|---|---|---|---|
| 6. ☐ Bordering Land Subject to Flooding | a. square feet | b. square feet | c. square feet | d. square feet |
| Cubic Feet Flood Storage | e. cubic feet | f. cubic feet | g. cubic feet | h. cubic feet |
| 7. ☐ Isolated Land Subject to Flooding | a. square feet | b. square feet | | |
| Cubic Feet Flood Storage | c. cubic feet | d. cubic feet | e. cubic feet | f. cubic feet |
| 8. ☐ Riverfront area | a. total sq. feet | b. total sq. feet | | |
| Sq ft within 100 ft | c. square feet | d. square feet | e. square feet | f. square feet |
| Sq ft between 100-200 ft | e. square feet | f. square feet | e. square feet | f. square feet |

**Coastal Resource Area Impacts:** Check all that apply below. (For Approvals Only)

| | | | |
|---|---|---|---|
| 9. ☐ Designated Port Areas | Indicate size under Land Under the Ocean, below | | |
| 10. ☐ Land Under the Ocean | a. square feet | b. square feet | |
| | c. cu.yd dredged | d. cu.yd dredged | |
| 11. ☐ Barrier Beaches | Indicate size under Coastal Beaches and/or Coastal Dunes below | | |
| 12. ☐ Coastal Beaches | a. square feet | b. square feet | c. c/y nourishmt. | d. c/y nourishmt. |
| 13. ☐ Coastal Dunes | a. square feet | b. square feet | c. c/y nourishmt. | d. c/y nourishmt. |
| 14. ☒ Coastal Banks | _5̄0̄_ a. linear feet | b. linear feet | |
| 15. ☐ Rocky Intertidal Shores | a. square feet | b. square feet | |
| 16. ☐ Salt Marshes | a. square feet | b. square feet | c. square feet | d. square feet |
| 17. ☐ Land Under Salt Ponds | a. square feet | b. square feet | | |
| | c. cu.yd dredged | d. cu.yd dredged | |
| 18. ☐ Land Containing Shellfish | a. square feet | b. square feet | c. square feet | d. square feet |
| 19. ☐ Fish Runs | Indicate size under Coastal Banks, inland Bank, Land Under the Ocean, and/or inland Land Under Waterbodies and Waterways, above | | |
| | a. cu.yd dredged | b. cu.yd dredged | |
| 20. ☒ Land Subject to Coastal Storm Flowage | _1850_ a. square feet | b. square feet | |



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

DEP File Number:

# WPA Form 5 – Order of Conditions

Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

## C. General Conditions Under Massachusetts Wetlands Protection Act

(only applicable to approved projects)

1. Failure to comply with all conditions stated herein, and with all related statutes and other regulatory measures, shall be deemed cause to revoke or modify this Order.

2. The Order does not grant any property rights or any exclusive privileges; it does not authorize any injury to private property or invasion of private rights.

3. This Order does not relieve the permittee or any other person of the necessity of complying with all other applicable federal, state, or local statutes, ordinances, bylaws, or regulations.

4. The work authorized hereunder shall be completed within three years from the date of this Order unless either of the following apply:
   a. the work is a maintenance dredging project as provided for in the Act; or
   b. the time for completion has been extended to a specified date more than three years, but less than five years, from the date of issuance. If this Order is intended to be valid for more than three years, the extension date and the special circumstances warranting the extended time period are set forth as a special condition in this Order.

5. This Order may be extended by the issuing authority for one or more periods of up to three years each upon application to the issuing authority at least 30 days prior to the expiration date of the Order.

6. Any fill used in connection with this project shall be clean fill. Any fill shall contain no trash, refuse, rubbish, or debris, including but not limited to lumber, bricks, plaster, wire, lath, paper, cardboard, pipe, tires, ashes, refrigerators, motor vehicles, or parts of any of the foregoing.

7. This Order is not final until all administrative appeal periods from this Order have elapsed, or if such an appeal has been taken, until all proceedings before the Department have been completed.

8. No work shall be undertaken until the Order has become final and then has been recorded in the Registry of Deeds or the Land Court for the district in which the land is located, within the chain of title of the affected property. In the case of recorded land, the Final Order shall also be noted in the Registry's Grantor Index under the name of the owner of the land upon which the proposed work is to be done. In the case of the registered land, the Final Order shall also be noted on the Land Court Certificate of Title of the owner of the land upon which the proposed work is done. The recording information shall be submitted to this Conservation Commission on the form at the end of this Order, which form must be stamped by the Registry of Deeds, prior to the commencement of work.

9. A sign shall be displayed at the site not less then two square feet or more than three square feet in size bearing the words,

   "Massachusetts Department of Environmental Protection" [or, "MA DEP"]

   "File Number   ———————"



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

**WPA Form 5 – Order of Conditions**

Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

## C. General Conditions Under Massachusetts Wetlands Protection Act

10. Where the Department of Environmental Protection is requested to issue a Superseding Order, the Conservation Commission shall be a party to all agency proceedings and hearings before DEP.

11. Upon completion of the work described herein, the applicant shall submit a Request for Certificate of Compliance (WPA Form 8A) to the Conservation Commission.

12. The work shall conform to the plans and special conditions referenced in this order.

13. Any change to the plans identified in Condition #12 above shall require the applicant to inquire of the Conservation Commission in writing whether the change is significant enough to require the filing of a new Notice of Intent.

14. The Agent or members of the Conservation Commission and the Department of Environmental Protection shall have the right to enter and inspect the area subject to this Order at reasonable hours to evaluate compliance with the conditions stated in this Order, and may require the submittal of any data deemed necessary by the Conservation Commission or Department for that evaluation.

15. This Order of Conditions shall apply to any successor in interest or successor in control of the property subject to this Order and to any contractor or other person performing work conditioned by this Order.

16. Prior to the start of work, and if the project involves work adjacent to a Bordering Vegetated Wetland, the boundary of the wetland in the vicinity of the proposed work area shall be marked by wooden stakes or flagging. Once in place, the wetland boundary markers shall be maintained until a Certificate of Compliance has been issued by the Conservation Commission.

17. All sedimentation barriers shall be maintained in good repair until all disturbed areas have been fully stabilized with vegetation or other means. At no time shall sediments be deposited in a wetland or water body. During construction, the applicant or his/her designee shall inspect the erosion controls on a daily basis and shall remove accumulated sediments as needed. The applicant shall immediately control any erosion problems that occur at the site and shall also immediately notify the Conservation Commission, which reserves the right to require additional erosion and/or damage prevention controls it may deem necessary. Sedimentation barriers shall serve as the limit of work unless another limit of work line has been approved by this Order.

18. All work associated with this Order is required to comply with the Massachusetts Stormwater Policy Standards.

Special Conditions:

If you need more
space for
additional
conditions,
select box to
attach a text
document ☐



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
**WPA Form 5 – Order of Conditions**
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

## D. Findings Under Municipal Wetlands Bylaw or Ordinance

1. Is a municipal wetlands bylaw or ordinance applicable?   ☒ Yes   ☐ No

2. The    Wareham    hereby finds (check one that applies):
   Conservation Commission

3. ☒ that the proposed work cannot be conditioned to meet the standards set forth in a municipal
   ordinance or bylaw specifically:
   ** SEE ATTACHED

   a. Municipal Ordinance or Bylaw                                                      b. Citation

   Therefore, work on this project may not go forward unless and until a revised Notice of Intent is
   submitted which provides measures which are adequate to meet these standards, and a final Order of
   Conditions is issued.

4. ☐ that the following additional conditions are necessary to comply with a municipal ordinance or
   bylaw:

   a. Municipal Ordinance or Bylaw                                                      b. Citation

   The Commission orders that all work shall be performed in accordance with the following conditions
   and with the Notice of Intent referenced above. To the extent that the following conditions modify or
   differ from the plans, specifications, or other proposals submitted with the Notice of Intent, the
   conditions shall control.

If you need more
space for
additional
conditions,
select box to
attach a text
document ☐

   c.   The special conditions relating to municipal ordinance or bylaw are as follows:



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
**WPA Form 5 – Order of Conditions**
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

DEP File Number:

_____

## E. Issuance

This Order is valid for three years, unless otherwise specified as a special
condition pursuant to General Conditions #4, from the date of issuance.
Please indicate the number of members who will sign this form:
This Order must be signed by a majority of the Conservation Commission.

4/27/05
1. Date of Issuance

_5_
2. Number of Signers

The Order must be mailed by certified mail (return receipt requested) or hand delivered to the applicant. A
copy also must be mailed or hand delivered at the same time to the appropriate Department of
Environmental Protection Regional Office, if not filing electronically, and the property owner, if different
from applicant.

Signatures:

**Notary Acknowledgement**

Commonwealth of Massachusetts County of    Plymouth

On this    27th                  of        April                2005
                Day                            Month              Year

Before me, the undersigned Notary Public,        Douglas S. Westgate
personally appeared                                    Name of Document Signer

proved to me through satisfactory evidence of identification, which was/were

a Commonwealth of Massachusetts Driver's License.
Description of evidence of identification

to be the person whose name is signed on the preceding or attached document, and acknowledged to
me that he/she signed it voluntarily for its stated purpose.

As member of        Wareham                        Conservation Commission
                        City/Town

Signature of Notary Public
Karen L. Hamilton
Printed Name of Notary Public
October 2, 2009
My Commission Expires (Date)

Place notary seal and/or any stamp above

This Order is issued to the applicant as follows:

☐ by hand delivery on

[X] by certified mail, return receipt requested, on
4/27/05

_____            _____
Date                                                Date
                                                    Cert Mail # 70042510000420387713



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands

DEP File Number:

# WPA Form 5 – Order of Conditions
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

## G. Recording Information

This Order of Conditions must be recorded in the Registry of Deeds or the Land Court for the district in which the land is located, within the chain of title of the affected property. In the case of recorded land, the Final Order shall also be noted in the Registry's Grantor Index under the name of the owner of the land subject to the Order. In the case of registered land, this Order shall also be noted on the Land Court Certificate of Title of the owner of the land subject to the Order of Conditions. The recording information on Page 7 of this form shall be submitted to the Conservation Commission listed below.

Conservation Commission

Detach on dotted line, have stamped by the Registry of Deeds and submit to the Conservation Commission.
...........................................................................................................................................................

To:

Conservation Commission

Please be advised that the Order of Conditions for the Project at:

Project Location                                              DEP File Number

Has been recorded at the Registry of Deeds of:

County                                              Book                              Page

for:

Property Owner

and has been noted in the chain of title of the affected property in:

Book                                              Page

In accordance with the Order of Conditions issued on:

Date

If recorded land, the instrument number identifying this transaction is:

Instrument Number

If registered land, the document number identifying this transaction is:

Document Number

Signature of Applicant



**TOWN OF WAREHAM**
CONSERVATION COMMISSION
MEMORIAL TOWN HALL
54 MARION ROAD
Wareham, Massachusetts 02571

Order of Conditions - Herbert Wydom
SE76-1745

This project is hereby denied as the project does not meet the performance standards at 310 CMR 10.30 Coastal Bank, sections 10.30(4) & 10.30(6). The proposed garage and grading are entirely within the Coastal Bank, as is a portion of the proposed paved driveway.

The project is also denied under the Wareham Wetland Protective By-law, Division VI, as the project is likely to have a cumulative effect upon the resource area values protected under this By-law listed in Section (I.), Purpose, including flood control, erosion & sedimentation control, and storm damage prevention including coastal storm flowage, caused by construction of the proposed project within a Coastal Bank.

| **CIVIL ACTION COVER SHEET** | DOCKET NO. 05-0570 | **Trial Court of Massachusetts Superior Court Department** County: PLYMOUTH |
|---|---|---|

PLAINTIFF(S) HERBERT H. WYDOM

DEFENDANT(S) Wareham Conservation

ATTORNEY, FIRM NAME AND TELEPHONE
Margaret A. Ishihara,  Law Office of Margaret A. Ishihara
86 Church Street
Mattapoisett, MA 02739                       BBO#247930

ATTORNEY (if known) Commission

## Origin code and track designation

Place an X in one Box only:

☒ 1. FO1 Original Complaint
☐ 2. FO2 Removal to Sup.Ct. c.231, s.104
☐ 3. FO3 Retransfer to Sup. Ct. c. 231, S. 102C (X)

☐ 4. FO4 District Court Appeal c.231, s. 97 &104 (After trial) (X)
☐ 5. FO5 Reactivated after rescript; relief from judgment/Order (Mass. R.Civ.P.60) ( )
☐ 6. E10 Summary Process Appeal ( )

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | Track | IS THIS A JURY CASE |
|---|---|---|---|
| E99 | Certiorari | ( X ) ( xx ) | YES ( ) NO |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS

(Attach additional sheets as necessary)

A.   Documented medical expenses to date:

| | | | |
|---|---|---|---|
| 1. | Total hospital expenses | | $ |
| 2. | Total Doctor Expenses | | $ |
| 3. | Total chiropractic expenses | | $ |
| 4. | Total physical therapy | | $ |
| 5. | Total other expenses | | $ |
| | | Subtotal | $ |
| B. | Documented lost wages and compensation to date | | $ |
| C. | Documented property damages to date | | $ |
| D. | Reasonably anticipated future medical and hospital expenses | | $ |
| E. | Reasonably anticipated lost wages | | $ |
| F. | Other documented items of damages (describe) | | $ |
| G. | Brief description of Plaintiff's injury, including nature and extent of injury (describe) | | |
| | | TOTAL | $ |

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

MAY 1 7 2005

CLERK

### CONTRACT CLAIMS

(Attach additional Sheets as necessary)

Provide a detailed description of claim(s):

TOTAL$        000000

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT. None

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   Date 16 May 2005

A TRUE COPY ATTEST

CLERK

**County of Plymouth**
**The Superior Court**

CIVIL DOCKET# **PLCV2005-00570-B**

RE: **Wydom v Wareham Conservation Commission**

TO:Margaret A Ishihara, Esquire
Fleming & Ishihara
86 Church Street
Mattapoisett, MA 02739

## TRACKING ORDER - X TRACK

You are hereby notified that this case is on the **accelerated (X) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                                    DEADLINE

| | |
|---|---|
| Service of process made and return filed with the Court | 08/15/2005 |
| Response to the complaint filed (also see MRCP 12) | 10/14/2005 |
| Firm trial date set | 11/13/2005 |
| Case disposed | 12/13/2005 |

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session **B** sitting in **CtRm 1 (Court Street, Plymouth) at Plymouth Superior Court.**

**Dated: 05/17/2005**

**Francis R. Powers**
**Clerk of the Courts**
**BY: Adam Baler**
**Assistant Clerk**

**Location: CtRm 1 (Court Street, Plymouth)**
**Telephone: (508) 747-6911**

A TRUE COPY ATTEST
**CLERK**

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH **RECEIVED**

JUN - 3 2005

PLYMOUTH SUPERIOR COURT

SUPERIOR COURT DEPARTMENT OF THE
TRIAL COURT OF THE COMMONWEALTH
CIVIL ACTION NO. *PLCV 2005 -00570*

...Herbert Wydom..............., Plaintiff(s)

vs.

Town of Wareham..............., Defendant(s)
Conservation Commission

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

JUN - 3 2005

*Fred R Forces*
CLERK

**SUMMONS**

To the above-named defendant: *Town of Wareham Conservation Commission*

You are hereby summoned and required to serve upon *Margaret A. Ishmer* plaintiff's
attorney, whose address is *86 Church St., Mattapoisett, MA 02739* an answer to the complaint
which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day
of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the
complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at
Plymouth either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**BARBARA ROUSE**
Witness, ~~SUZANNE B. DEL VECCHIO~~ Esquire, at Plymouth the ........*15th*...............................day of
.........*May*..............................., in the year of our Lord Two thousand and *five*,

*Frank R. Forces*
CLERK.

**NOTES**

1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption.
    If a separate summons is used for each defendant, each should be addressed to the particular
    defendant.
3.  To the plaintiff's attorney: please circle type of action involved-Tort-Motor Vehicle Tort-Contract-
    Equitable Relief-Other.

**PROOF OF SERVICE OF PROCESS**

I hereby certify and return that on ...*MAY 26*..................... ~~2002~~, I served a copy of the within summons
*AND TRACKING 2005 ORDER*
together with a copy with a copy of the complaint in this action, upon the within-named defendant , in the
following manner(See Mass. R. Civ. P. 4(d)(1-5):......*by certified Mail return receipt*.........

*requested to Douglas Westgate Chairman Town of Wareham*
*Conservation Commission at 12 Tyler Ave E. Wareham MA 02538*
*2005                         The Crystal Signed return receipt*
Dated: *June 1*, ~~20~~.........................*attached to this Summons.*

*(signature)*

**N.B.    TO PROCESS SERVER:-**
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL
AND ON COPY SERVED ON DEFENDANT.

*MAY     26 , 2005*

A TRUE COPY ATTEST
*(signature)* *R. Forces*
CLERK

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office at Plymouth.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Douglas Westgate
Chairman
Town of Wareham Conservation
~ Commission
12 Tyler Ave.
E. Wareham, MA 02538

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)   7001 3150 0000 4617 9403

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

Over→

**OFFICE OF CLERK OF COURTS** –SUPERIOR COURT

COUNTY OF PLYMOUTH

PLYMOUTH, MASS. 02360

TO Miss. Deborah I. Ecker
   Brody, Hardoon, Perkins & Kesten LLP
   1 Exeter Plaza
   Boston Ma. 02116

RE:HERBERT WYDOM
VS: TOWN OF WAREHAM CONSERVA-
   TION COMMISSION
NO:CA05-0570B

| DATE | QTY. | DISCRIPTION | | |
|------|------|-------------|------|------|
| 6/23/05 | 6 | Certified Copies | @ $2.50 | $15.00 |
| | 66 | Regular Copies | @ $1.00 | $66.00 |
| | | | TOTAL | $81.00 |

500-8-70 HP