UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11312EFH

HERBERT WYDOM,

    Plaintiff,

v.

TOWN OF WAREHAM CONSERVATION
COMMISSION,

    Defendant

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

The Defendant, Town of Wareham Conservation Commission (hereinafter "Defendant") hereby responds to each numbered paragraph of the Plaintiff's Complaint as follows:

1. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint.

2. The Defendant admits the allegations contained in paragraph 2 of the Complaint.

3. The Defendant admits the allegations contained in paragraph 3 of the Complaint.

4. The Defendant admits the allegations contained in paragraph 4 of the Complaint.

5. The Defendant states that the Notice of Intent speaks for itself and therefore no response is required.

6.      The Defendant states that the Notice of Intent speaks for itself and therefore no response is required.

7.      The Defendant admits the allegations contained in paragraph 7 of the Complaint.

8.      The Defendant admits the allegations contained in paragraph 8 of the Complaint.

9.      The Defendant states that the Order of Conditions speaks for itself and therefore no response is required.

10.     The Defendant denies the allegations contained in paragraph 10 of the Complaint.

11.     The Defendant denies the allegations contained in paragraph 11 of the Complaint.

12.     The Defendant denies the allegations contained in paragraph 12 of the Complaint.

13.     The Defendant states that the By-law speaks for itself and therefore no response is required.

14.     The Defendant denies the allegations contained in paragraph 14 of the Complaint.

15.     The Defendant denies the allegations contained in paragraph 15 of the Complaint.

## COUNT ONE

16.     The Defendant repeats and realleges herein its responses to paragraphs 1 through 15 above.

17.     The Defendant states that the paragraph 17 contains a statement of law and therefore no response is required.

18.    The Defendant denies the allegations contained in paragraph 18 of the Complaint.

19.    The Defendant denies the allegations contained in paragraph 19 of the Complaint.

WHEREFORE, the Defendant demands that judgment be entered in his favor with interest, fees, and costs awarded to them.

## COUNT TWO

20.    The Defendant repeats and realleges herein its responses to paragraphs 1 through 19 above.

21.    The Defendant states that paragraph 21 contains a statement of law and therefore no response is required.

22.    The Defendant denies the allegations contained in paragraph 22 of the Complaint.

23.    The Defendant denies the allegations contained in paragraph 23 of the Complaint.

24.    The Defendant denies the allegations contained in paragraph 24 of the Complaint.

WHEREFORE, the Defendant demands that judgment be entered in his favor with interest, fees, and costs awarded to them.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Complaint should be dismissed for failure to state a claim upon which relief may be granted.

## Second Affirmative Defense

Count II of the Complaint (Violation of 42 U.S.C. §1983) should be dismissed for

failure to state a claim upon which relief may be granted.

## Third Affirmative Defense

The Defendant denies all of the Plaintiff's allegations of wrongful conduct and

states that they were at all relevant times acting in good faith and in reasonable belief

that their actions were lawful.

## JURY CLAIM

The Defendant claims a trial by jury on all Counts so triable.

> Respectfully submitted,
> The Defendant,
> Town of Wareham Conservation Commission,
> By its attorneys,
>
> *Deborah Ecker*
>
> Leonard H. Kesten, BBO# 542042
> Deborah I. Ecker, BBO# 554623
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

Dated: July 12, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on  7/12/05

*Ecker*