UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11312-EFH

HERBERT WYDOM, Plaintiff vs. TOWN OF WAREHAM CONSERVATION COMMISSION

JOINT SCHEDULING CONFERENCE STATEMENT

(1)     Discovery Plan:

1.      Automatic Disclosure under Local Rule 26.2 to be served by November 1, 2005.

2.      Written discovery to be served by June 19, 2006.

3.      Depositions to be completed by August 18, 2006

4.      Plaintiff's experts to be disclosed by September 18, 2006

5.      Defendant's experts to be disclosed by October 18, 2006

6.      Expert discovery to be completed by November 20, 2006.

(2)     Motions:

1.      Discovery motions to be filed by December 20, 2006.

2.      Motions for summary judgment to be filed by December 20, 2006.

3.      Plaintiff intends to file a Motion to remand the state claim under G.L. c. 249:4 (complaint in the nature of certiorari) concerning the Town of Wareham local wetlands by-law to the state court and for a stay of the federal and state constitutional claims pending a decision of the state court.

(3)     Certifications concerning the budget for the litigation and alternative courses of the litigation shall be filed separately from this Joint Statement.

(4)     Counsel have conferred by telephone about possible resolution of the case, and a written settlement demand has been made by Plaintiff's counsel on Defendant's counsel.

PLAINTIFF
HERBERT WYDOM
By his Attorney

/s Margaret A. Ishihara
Margaret A. Ishihara, BBO#247930
Law Office of Margaret A. Ishihara
86 Church St.
Mattapoisett, MA. 02739
Telephone: (508) 758-6981
Date: 14 October 2005

DEFENDANT
TOWN OF WAREHAM
CONSERVATION COMMISSION
By their Attorney

/s Deborah I Ecker
Deborah I Ecker, BBO#554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA. 02116
Telephone: (617) 880-7100
Date: 14 October 2005

CERTIFICATE OF SERVICE

I hereby certify that I have served the within document by mailing a copy first class mail postage pre paid to:

Deborah I Ecker
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA. 02116

Date: 14 October 2005                    /s Margaret A. Ishihara
                                         Margaret A. Ishihara