UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11312-EFH

HERBERT WYDOM, Plaintiff vs. TOWN OF WAREHAM CONSERVATION COMMISSION

CERTIFICATE OF CLIENT CONSULTATION PURSUANT TO L.R. 16.1 (D) (3)

Plaintiff and Plaintiff's counsel certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course –

and various alternative course – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in LR 16.4

PLAINTIFF
HERBERT WYDOM
By his Attorney

/s Margaret A. Ishihara
Margaret A. Ishihara, BBO#247930
Law Office of Margaret A. Ishihara
86 Church St.
Mattapoisett, MA. 02739
Telephone: (508) 758-6981
Date: 14 October 2005

/s Herbert Wydom
Herbert Wydom
Date: 14 October 2005

CERTIFICATE OF SERVICE

      I hereby certify that I have served the within document by mailing a copy first class mail postage pre paid to:

Deborah I Ecker
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA. 02116

Date: 14 October 2005                          /s Margaret A. Ishihara
                                                     Margaret A. Ishihara