UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11312EFH

HERBERT WYDOM,

    Plaintiff,

v.

TOWN OF WAREHAM CONSERVATION COMMISSION,

    Defendant

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendant, Town of Wareham Conservation Commission, in the above-captioned action.

    Respectfully submitted,
    The Defendant,
    Town of Wareham Conservation Commission,
    By its attorneys,

    _/s/ Peter E. Montgomery_____
    Peter E. Montgomery, BBO#632698
    BRODY, HARDOON, PERKINS & KESTEN, LLP
    One Exeter Plaza
    Boston, MA 02116
    (617) 880-7100

Dated: October 18, 2005