UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11312-EFH

HERBERT WYDOM, Plaintiff vs. TOWN OF WAREHAM CONSERVATION COMMISSION

ASSENTED TO PLAINTIFF'S MOTION TO REMAND CLAIM TO STATE COURT AND FOR A STAY

Now comes the Plaintiff Herbert Wydom and moves pursuant to 28 U.S.C. sec. 1441 (c) for an order of the court remanding the Count One (complaint in the nature of certiorari pursuant to Mass. Gen. Laws. C. 249:4, the common law, and the Town of Wareham Protective By-Law) to the state court for determination. The Plaintiff further moves for a stay of Count Two (federal and state constitutional claims) pending the determination of the state court on Count One.

PLAINTIFF
HERBERT WYDOM
By his Attorney

Margaret A. Ishihara, BBO#247930
Law Office of Margaret A. Ishihara
86 Church St.
Mattapoisett, MA. 02739
Telephone: (508) 758-6981
Date: 17 October 2005

10-18-05

Motion allowed

Edward F. Harrington, S.D.J.

1

ASSENTED TO:
DEFENDANT
TOWN OF WAREHAM
CONSERVATION COMMISSION
By their Attorney

*/s/ Peter E. Montgomery*

Deborah I Ecker, BBO#554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA. 02116
Telephone: (617) 880-7100
Date: 17 October 2005

PETER E. MONTGOMERY BBO 632698