# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

HERBERT WYDOM,
                Plaintiff

        v.                                        CIVIL ACTION NO.:
                                                                 05-11312-EFH

TOWN OF WAREHAM CONSERVATION
COMMISSION,
                Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

October 18, 2005

HARRINGTON, S.D.J.

      After hearing, the Court grants Plaintiff's Motion to Remand Count One to the Plymouth Superior Court and stays Count Two pending resolution of Count One in the state court.

      SO ORDERED.

                                                  /s/ Edward F. Harrington
                                                  EDWARD F. HARRINGTON
                                                  United States Senior District Judge