**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**TAKE NOTICE THAT THE FOLLOWING CASES WILL BE CALLED FOR**
**STATUS CONFERENCE ON MONDAY, JUNE 4, 2007, AT 11:00 A.M.**
**BEFORE THE HONORABLE EDWARD F. HARRINGTON**
**UNITED STATES DISTRICT SENIOR JUDGE**
**COURTROOM NO. 13, 5TH FLOOR**
**JOHN JOSEPH MOAKLEY U. S. COURTHOUSE**
**BOSTON, MASSACHUSETTS**

**\* \* \* \***

CA 00-10156-EFH    Richard J. McCarthy v. City of Waltham, et al.,

CA 04-10128-EFH    Michael Croteau, et al. v. Town of Westford, et al.,

CA 04-12209-EFH    Russell F. Sheehan, et al. v. Chris Mealey Electrical, Inc., et al.,

CA 05-11312-EFH    Herbert Wydom v. Town of Wareham Conservation Commission

SARAH ALLISON THORNTON, Clerk

By: _____/s/ Karen Folan_____
Karen Folan, Deputy Clerk

Dated: May 15, 2007