UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11312-EFH

HERBERT WYDOM, Plaintiff vs. TOWN OF WAREHAM CONSERVATION COMMISSION

ASSENTED TO PLAINTIFF'S MOTION TO CONTINUE STATUS CONFERENCE

In an order dated October 18, 2005 the court remanded Count One (complaint in the nature of certiorari pursuant to Mass. Gen. Laws. C. 249:4, the common law, and the Town of Wareham Protective By-Law) to the state court for determination. Count Two (federal and state constitutional claims) was stayed pending the determination of the state court on Count One.

The state court entered a judgment against the Plaintiff Wydom essentially upholding the decision of the Wareham Conservation Commission which denied the Plaintiff's proposed project on December 22, 2006. The Plaintiff filed a notice of appeal from the state court's judgment.

After filing the notice of appeal in the state court, the Plaintiff filed a Request for Determination of Applicability (application) with the Wareham Conservation Commission for a scaled down project (shed). The Wareham Conservation Commission issued a negative determination of applicability, which means that the scaled down project can proceed without any further filings with the Wareham Conservation Commission. The Plaintiff is awaiting the issuance of a building permit from the Wareham Inspectional Services Department. Upon receipt of the building permit, Plaintiff intends to file a stipulation of dismissal of the appeal in the state court and a stipulation of dismissal in the federal court.

Therefore, the Plaintiff requests a continuance of the status conference from June 4, 2007 for a period of 30 days so that the case can be resolved.

PLAINTIFF
HERBERT WYDOM
By his Attorney
s/ Margaret A. Ishihara
Margaret A. Ishihara, BBO#247930
Law Office of Margaret A. Ishihara
86 Church St.
Mattapoisett, MA. 02739
Telephone: (508) 758-6981
Date: 31 May 2007

ASSENTED TO:
DEFENDANT
TOWN OF WAREHAM
CONSERVATION COMMISSION
By their Attorney

s/ Deborah I. Ecker
Deborah I. Ecker, BBO#554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA. 02116
Telephone: (617) 880-7100
Date: 31 May 2007

CERTIFICATE OF SERVICE

  I hereby certify that I have served the within document by mailing a copy first class mail postage pre paid to:

Deborah I Ecker
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA. 02116

Date: 31 May 2007         <u>s/ Margaret A. Ishihara</u>
                Margaret A. Ishihara