UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11312-EFH

HERBERT H. WYDOM, Plaintiff vs. TOWN OF WAREHAM CONSERVATION COMMISSION

STIPULATION OF DISMISSAL

The Plaintiff Herbert H. Wydom and the Defendant Town of Wareham Conservation Commission hereby stipulate pursuant to the provisions of Fed.R.Civ.P. 41 (a) (1) (ii) that the above-entitled action be dismissed with prejudice. Costs shall not be awarded to any party, and the parties waive their rights of appeal.

PLAINTIFF
HERBERT H. WYDOM
By his Attorney

/s Margaret A. Ishihara
Margaret A. Ishihara, BBO #247930
Law Office of Margaret A. Ishihara
86 Church St.
Mattapoisett, MA. 02739
Telephone: (508) 758-6981
Date: 28 June 2007

DEFENDANT
TOWN OF WAREHAM
CONSERVATION COMMISSION
By their Attorney

/s Deborah I. Ecker
Deborah I. Ecker, BBO#554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA. 02116
Telephone: (617) 880-7100
Date: 28 June 2007

2

CERTIFICATE OF SERVICE

      I hereby certify that I have served the within document by mailing a copy first class mail postage pre paid to:

Deborah I Ecker
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA. 02116

Date: 28 June 2007                          /s Margaret A. Ishihara
                                                 Margaret A. Ishihara